## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**YURI PETRINI, et al.**                                                      **PLAINTIFF**

**VERSUS**                           **CIVIL ACTION NO.: 1:26-cv-00094-LG-BWR**

**KENNY GLAVAN, et al.**                                               **DEFENDANTS**

### ORDER OF RECUSAL

The above-captioned cause comes before the Court, *sua sponte*, pursuant to Title 28 U.S.C. § 455, and the undersigned, having reviewed this matter, finds that there are certain grounds under 28 U.S.C. § 455 which would require that he be disqualified from further participation in this case. **Any hearing currently set before Judge Rath is cancelled and will be rescheduled when the case is reassigned.**

IT IS THEREFORE ORDERED that the undersigned hereby recuses himself from further participation in this case. The Clerk of the Court is hereby directed to reassign this case to another judge in accordance with this Court's practice and procedure.

**SO ORDERED**, this the 12th day of May, 2026.

s/ *Bradley W. Rath*
_____
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE