

**DIGITAL EVIDENCE MANAGEMENT SYSTEM v4.2.1**

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION
**Evidence Report**
Case No. 1:26-cv-00094-LG-RPM

## PLAINTIFFS' EXHIBITS IN OPPOSITION TO DEFENDANT READY'S MOTION TO DISMISS

| | | | |
|---|---|---|---|
| **Report ID:** | VDX-2026-0605-001 | **Generated:** | June 05, 2026 at 11:54 |
| **Plaintiff:** | Pro Se Litigant | **Defendants:** | Unknown |
| **Exhibits:** | EXHIBIT A – EXHIBIT K | **Hash Alg:** | SHA-256 (FIPS 180-4) |

**CONFIDENTIAL – LITIGATION SENSITIVE**
Protected under FRCP 26(b)(3) as attorney work product. Evidence integrity verified via SHA-256. Origin authenticated via DKIM/SPF. Unauthorized disclosure prohibited.

### PERSONNEL

| | | | |
|---|---|---|---|
| **Examiner:** | Litigant, Pro Se | **Access Level:** | VDX-ALPHA |
| **Credential:** | 0010101 (Primary Evidence Custodian) | **Privilege:** | UNRESTRICTED |

### CONTROL

| | | | |
|---|---|---|---|
| **Controlled by:** | VERIDEX SYSTEM | **Category:** | LIT-EVID |
| **Dissemination:** | FRCP 26(a) PARTIES | **Authority:** | FRCP 26(g) |



SCAN TO VERIFY

## EXHIBIT PACKAGE
*All exhibits herein incorporated*
Pursuant to Fed. R. Civ. P. 10(c)
FRCP 56(c)(1)(A) & FRE 1006 where applicable

# INDEX OF EXHIBITS

Case No. 1:26-cv-00094-LG-RPM

| Exhibit | Description | Pages |
|---------|-------------|-------|
| EXHIBIT A | City of Biloxi Resolution No. 432-25 (07-01-2025) confirming appointment of Stephen B. Simpson as Municipal Court Judge. | 2 |
| EXHIBIT B | City of Biloxi Resolution No. 469-25 (07-01-2025) confirming appointment of James C. Steele as Municipal Court Judge ($34,710/annum salaried). | 2 |
| EXHIBIT C | City of Biloxi Resolution No. 470-25 (07-01-2025), captioned to appoint Apryl L. Ready, whose operative SECTION THREE confirms the appointment of James C. Steele (copy-paste defect). | 2 |
| EXHIBIT D | City of Biloxi Resolution No. 507-14 (09-16-2014) setting judge pro tempore compensation at $300.00 per session. | 3 |
| EXHIBIT E | City of Biloxi Municipal Court website (biloxi.ms.us) listing only Judges Stephen Simpson and James Steele; Apryl Ready not listed. | 2 |
| EXHIBIT F | City of Biloxi Resolution No. 484-21 (07-06-2021) setting Apryl L. Ready's compensation at $140.00 per hour on invoices subject to approval by the Director of the Legal Department. | 5 |
| EXHIBIT G | City of Biloxi Resolution No. 635-19 (10-15-2019) confirming Apryl L. Ready's original appointment as Municipal Court Judge Pro Tempore under Miss. Code Ann. Section 21-23-9. | 5 |
| EXHIBIT H | City of Biloxi minutes (12-02-2025), Resolution Nos. 884-25/885-25 - executive session re pending litigation Petrini v. City of Biloxi. | 4 |
| EXHIBIT I | City of Biloxi minutes (03-03-2026), Resolution No. 134-26 - executive session re litigation in the cases of Petrini, et al. (Petrini and Fusco present). | 6 |
| EXHIBIT J | City of Biloxi Resolution No. 482-21 (07-06-2021) confirming appointment of William 'Gig' Tisdale as Municipal Court Judge, reciting service since August 1, 2015 - the senior seat to which Stephen B. Simpson succeeded on July 1, 2025 (Exhibit A), establishing that the two Section 21-23-3 seats are held by Simpson and Steele. | 2 |
| EXHIBIT K | Declaration of Lizbeth Fusco (28 U.S.C. Section 1746) concerning the May 5, 2026 telephone call from a Harrison County jail employee, during her husband's detention and attempted release, falsely representing that Jarrod Fusco had 'agreed' to an ankle monitor and demanding an additional sum (~$700) beyond the $1,000 bond - heard and spoken to by witness Will Rogers. | 2 |

**Total:** 11 exhibits, 35 pages