| EXHIBIT A | VERIDEX | DOCUMENT |
|---|---|---|
| ExhibitA_Simpson_Res432-25__06480.pdf | 3.4 MB · SHA-256: c0b883eab3c70976... | | [VERIFIED] |

11

July 1, 2025
6:00 p.m.
REGULAR Meeting

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Council President Kenny Glavan:

Resolution No. 431-25

RESOLUTION APPOINTING TANNER COOK
AS DEPUTY CLERK OF COUNCIL

WHEREAS, Section 21-8-13 of the Mississippi Code of 1972, as amended, provides that the Council of the City of Biloxi may appoint a Deputy Clerk of Council;

WHEREAS, Tanner Cook is recognized by the Council as a qualified and proper person to administer the duties of Deputy Clerk of Council.

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION ONE:  Tanner Cook be and is hereby appointed to serve as Deputy Clerk of the Council.  The Deputy Clerk of the Council will assist in keeping the minutes and records of the Council's proceedings and maintain and compile its ordinances and resolutions as required by law.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Gray, seconded by Councilmember Nail, and was adopted by the following vote:

| YEAS: | Gray | Tisdale | NAYS: | None |
|---|---|---|---|---|
| | Marshall | Glavan | | |
| | Nail | Shoemaker | | |
| | Creel | | | |

The President then declared the Resolution adopted this the 1st day of July, 2025.

(SEAL)
ATTEST:                                         ADOPTED:
/s/Keri Campbell                                /s/ Kenny Glavan
CLERK OF THE COUNCIL                            PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 3rd day of July, 2025.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 432-25

RESOLUTION CONFIRMING APPOINTMENT OF STEPHEN B. SIMPSON
AS MUNICIPAL COURT JUDGE

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law;

WHEREAS, Stephen B. Simpson, a practicing attorney who has previously served as a Circuit Court Judge, is qualified to serve as a Municipal Judge for the City of Biloxi; and

WHEREAS, the Mayor of the City of Biloxi desires to appoint Stephen B. Simpson as Municipal Court Judge for the new council term.

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION ONE:  The findings, conclusions and statements of fact contained in the preamble are hereby adopted, ratified and incorporated herein.

SECTION TWO:  Stephen B. Simpson is found to be a qualified and proper person to administer the duties of a part-time Municipal Court Judge for the City of Biloxi, Mississippi.

| CHAIN OF CUSTODY VERIFIED | Page 1/2 |
|---|---|

July 1, 2025
6:00 p.m.
REGULAR Meeting

SECTION THREE:  The appointment by Mayor Andrew "FoFo" Gilich of Stephen B. Simpson as a part-time Municipal Court Judge, effective July 1, 2025, is hereby accepted and confirmed, with said court official to serve at the will and pleasure of the governing authority as provided by law and the base rate of compensation for serving in this capacity shall be $45,000.00 per annum, payable in monthly increments of $3,750.00, without benefits, until the resignation from that office by Stephen B. Simpson or until his removal by the governing authorities of the City of Biloxi, whichever event occurs first.

SECTION FOUR:  This resolution shall be in full force and effect from and after adoption.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Tisdale, seconded by Councilmember Creel, and was adopted by the following vote:

| YEAS: | Gray | Tisdale | NAYS: | None |
|---|---|---|---|---|
| | Marshall | Glavan | | |
| | Nail | Shoemaker | | |
| | Creel | | | |

The President then declared the Resolution adopted this the 1st day of July, 2025.

(SEAL)
ATTEST:                                                                    ADOPTED:
/s/Keri Campbell                                                    /s/ Kenny Glavan
CLERK OF THE COUNCIL                                    PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 3rd day of July, 2025.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

. . . . . . . . . . . . . . .

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following

Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 433-25

RESOLUTION CONFIRMING MAYOR'S APPOINTMENT OF RICHARD L. WEAVER
AS CHIEF ADMINISTRATIVE OFFICER

WHEREAS, Section 21-8-25 of the Mississippi Code of 1972, and Section 2-1-5 of Code of Ordinances, City of Biloxi, Mississippi of 1992, provide for the Mayor's appointment of a Chief Administrative Officer, subject to confirmation by the City Council; and

WHEREAS, the existing Chief Administrative Officer, E. Michael Leonard, retired as of May 30, 2025, leaving the position open; and

WHEREAS, Colonel Richard L. Weaver, as more fully described in his resume, attached as Exhibit "A", has extensive experience in construction management, public administration, and government relations; and

WHEREAS, Richard L. Weaver is appointed by Mayor Andrew "FoFo" Gilich and recognized by the City Council as a qualified and proper person to administer the duties of Chief Administrative Officer for the City of Biloxi; and

WHEREAS, the Mayor and City Council find that Richard L. Weaver meets the qualifications for CAO described in Section 2-1-5 (b) of the Code of Ordinances of the City of Biloxi of 1992.

NOW, THEREFORE BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, THAT:

SECTION ONE:  The findings, statements, and conclusions contained in the preamble are hereby adopted, ratified, and incorporated herein.

SECTION TWO:  The appointment of Richard L. Weaver as Chief Administrative Officer is hereby confirmed and he is hereby vested with all the powers, duties, and authority that are vested in a Chief Administrative Officer under the laws of the State of Mississippi and under the Code of Ordinances, City of Biloxi, Mississippi of 1992.

SECTION THREE:  The appointment of Richard L. Weaver, as Chief Administrative Officer, be and hereby is confirmed at the current salary of $110,250.00 in FY 2025 Budget and will be subject to review on or before October 1, 2025, plus all City employee benefits.  In addition to the compensation set forth above, the Chief Administrative Officer shall have the use of a City of Biloxi automobile and cell phone, at the sole cost of the City of Biloxi, for use in the performance of his duties.

SECTION FOUR:  In accordance with state law, the Chief Administrative Officer shall serve at the pleasure of the Mayor and shall be excluded from the coverage of any ordinance or general law providing for a Civil Service System in the City of Biloxi.