| EXHIBIT B | VERIDEX | DOCUMENT |
|---|---|---|
| ExhibitB_Steele_Res469-25__06480.pdf | 3.5 MB · SHA-256: fa74e68eefdc39fb... | | [VERIFIED] |

45

July 1, 2025
6:00 p.m.
REGULAR Meeting

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, THAT:

SECTION ONE: The findings, conclusions, and statements of fact contained in the foregoing preamble are hereby adopted, ratified, and incorporated herein.

SECTION TWO: It is hereby found and determined that Mississippi Department of Employment Security is a bona fide not-for-profit civic or eleemosynary corporation organized and existing under the laws of the State of Mississippi and granted tax-exempt status by the Internal Revenue Service.

SECTION THREE: It is hereby found and determined that Governor's Job Fair Network will bring into favorable notice the opportunities, possibilities and resources of the City of Biloxi and will be helpful toward advancing the moral, financial and other interests of the City of Biloxi.

SECTION FOUR: Pursuant to §§ 17-3-1, 17-3-3 and 17-3-5 of the Mississippi Code of 1972, it is hereby found and determined that the waiver of facility rental fees for Mississippi Department of Employment Security's rental of the Civic Center full ballroom, on October 1, 2025 through October 2, 2025, is appropriate.

SECTION FIVE: The Mayor is authorized, on behalf of the City of Biloxi, to execute the Facility Rental Agreement, attached hereto as Exhibit "B," with Mississippi Department of Employment Security.

SECTION SIX: This resolution shall take effect and be in force from and after adoption.

The foregoing Resolution having first been reduced to writing, was moved by Councilmember Tisdale, seconded by Councilmember Creel, and was adopted by the following vote:

YEAS:     Gray        Tisdale      NAYS:     None
          Marshall    Glavan
          Nail        Shoemaker
          Creel

The President then declared the Resolution adopted this the 1st day of July, 2025.

(SEAL)
ATTEST:
/s/Keri Campbell                          ADOPTED:
CLERK OF THE COUNCIL                      /s/ Kenny Glavan
                                          PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 3rd day of July, 2025.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

(Any Exhibits that are too voluminous, or executed documents that are not available in the online minutes, may be located in the Clerk of Council's Office.)
- - - - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following

Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 469-25

RESOLUTION CONFIRMING APPOINTMENT OF JAMES C. STEELE
AS MUNICIPAL COURT JUDGE

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law;

WHEREAS, pursuant to Resolution 635-15, 336-17, and 589-20 James C. Steele has ably served the City of Biloxi as Municipal Judge since January 1, 2016; and

WHEREAS, the Mayor of the City of Biloxi desires to renew and continue this appointment for the new council term.

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION ONE: The findings, conclusions and statements of fact contained in the preamble are hereby adopted, ratified and incorporated herein.

SECTION TWO: James C. Steele is found to be a qualified and proper person to administer the duties of a Municipal Court Judge for the City of Biloxi, Mississippi.

SECTION THREE: The appointment by Mayor Andrew "FoFo" Gilich of James C. Steele as a Municipal Judge for the City of Biloxi, Mississippi, effective July 1, 2025, is hereby accepted and confirmed, with said court official to serve at the will and

July 1, 2025
6:00 p.m.
REGULAR Meeting

pleasure of the governing authority as provided by law and the base rate of compensation for serving in this capacity shall be $34,710.00 per annum, along with all benefits associated with regular part-time employment (average of 30 hours per week), until the resignation from that office by James C. Steele or until his removal by the governing authorities of the City of Biloxi, whichever event occurs first.

SECTION FOUR: This resolution shall be in full force and effect from and after adoption.

The foregoing Resolution having first been reduced to writing, was moved by Councilmember Tisdale, seconded by Councilmember Creel, and was adopted by the following vote:

| YEAS: | Gray | Tisdale | NAYS: | None |
| | Marshall | Glavan | | |
| | Nail | Shoemaker | | |
| | Creel | | | |

The President then declared the Resolution adopted this the 1st day of July, 2025.

(SEAL)
ATTEST:                                                ADOPTED:
/s/Keri Campbell                                       /s/ Kenny Glavan
CLERK OF THE COUNCIL                                   PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 3rd day of July, 2025.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following

Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 470-25

RESOLUTION CONFIRMING APPOINTMENT OF APRYL L. READY
AS MUNICIPAL COURT JUDGE

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law;

WHEREAS, pursuant to Resolution Nos. 635-19 and 484-21, Apryl L. Ready has ably served the City of Biloxi as Municipal Judge since October 15, 2019; and

WHEREAS, the Mayor of the City of Biloxi desires to renew and continue this appointment for the new council term.

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION ONE: The findings, conclusions and statements of fact contained in the preamble are hereby adopted, ratified and incorporated herein.

SECTION TWO: Apryl L. Ready is found to be a qualified and proper person to administer the duties of a Municipal Court Judge for the City of Biloxi, Mississippi.

SECTION THREE: The appointment by Mayor Andrew "FoFo" Gilich of James C. Steele as a Municipal Judge for the City of Biloxi, Mississippi, effective July 1, 2025, is hereby accepted and confirmed, with said court official to serve at the will and pleasure of the governing authority as provided by law and the base rate of compensation for services rendered shall be set at $140.00 per hour, on an as needed basis, payable upon presentation of an invoice subject to approval by the Director of the Legal Department and approval on the City's Docket of Claims, until the resignation from that office by Apryl L. Ready or until her removal by the governing authorities of the City of Biloxi, whichever event occurs first.

SECTION FOUR: This resolution shall be in full force and effect from and after adoption.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Tisdale, seconded by Councilmember Creel, and was adopted by the following vote:

| YEAS: | Gray | Tisdale | NAYS: | None |
| | Marshall | Glavan | | |
| | Nail | Shoemaker | | |
| | Creel | | | |