July 1, 2025
6:00 p.m.
REGULAR Meeting

pleasure of the governing authority as provided by law and the base rate of compensation for serving in this capacity shall be $34,710.00 per annum, along with all benefits associated with regular part-time employment (average of 30 hours per week), until the resignation from that office by James C. Steele or until his removal by the governing authorities of the City of Biloxi, whichever event occurs first.

SECTION FOUR: This resolution shall be in full force and effect from and after adoption.

The foregoing Resolution having first been reduced to writing, was moved by Councilmember Tisdale, seconded by Councilmember Creel, and was adopted by the following vote:

| YEAS: | Gray | Tisdale | NAYS: | None |
|---|---|---|---|---|
| | Marshall | Glavan | | |
| | Nail | Shoemaker | | |
| | Creel | | | |

The President then declared the Resolution adopted this the 1st day of July, 2025.

(SEAL)
ATTEST:                                                  ADOPTED:
/s/Keri Campbell                                         /s/ Kenny Glavan
CLERK OF THE COUNCIL                                     PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 3rd day of July, 2025.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following

Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 470-25

RESOLUTION CONFIRMING APPOINTMENT OF APRYL L. READY
AS MUNICIPAL COURT JUDGE

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law;

WHEREAS, pursuant to Resolution Nos. 635-19 and 484-21, Apryl L. Ready has ably served the City of Biloxi as Municipal Judge since October 15, 2019; and

WHEREAS, the Mayor of the City of Biloxi desires to renew and continue this appointment for the new council term.

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION ONE: The findings, conclusions and statements of fact contained in the preamble are hereby adopted, ratified and incorporated herein.

SECTION TWO: Apryl L. Ready is found to be a qualified and proper person to administer the duties of a Municipal Court Judge for the City of Biloxi, Mississippi.

SECTION THREE: The appointment by Mayor Andrew "FoFo" Gilich of James C. Steele as a Municipal Judge for the City of Biloxi, Mississippi, effective July 1, 2025, is hereby accepted and confirmed, with said court official to serve at the will and pleasure of the governing authority as provided by law and the base rate of compensation for services rendered shall be set at $140.00 per hour, on an as needed basis, payable upon presentation of an invoice subject to approval by the Director of the Legal Department and approval on the City's Docket of Claims, until the resignation from that office by Apryl L. Ready or until her removal by the governing authorities of the City of Biloxi, whichever event occurs first.

SECTION FOUR: This resolution shall be in full force and effect from and after adoption.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Tisdale, seconded by Councilmember Creel, and was adopted by the following vote:

| YEAS: | Gray | Tisdale | NAYS: | None |
|---|---|---|---|---|
| | Marshall | Glavan | | |
| | Nail | Shoemaker | | |
| | Creel | | | |

EXHIBIT C | VERIDEX |

ExhibitC_Ready_Res470-25_DEFECT__06480.pdf | 3.1 MB · SHA-256: ad6ecdfe1fe30358... | [VERIFIED]

July 1, 2025
6:00 p.m.
REGULAR Meeting

47

The President then declared the Resolution adopted this the 1st day of July, 2025.

(SEAL)
ATTEST:                                         ADOPTED:
/s/Keri Campbell                                /s/ Kenny Glavan
CLERK OF THE COUNCIL                            PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 3rd day of July, 2025.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - - -

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1410A-01-039.000/331 Bayview Avenue owned by MS Margaret LLC.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and the property has been cleared.

The President then declared that the Public Hearing is closed as the property has been cleared.

- - - - - - - - - - - - - -

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1410F-04-064.000/319 Lameuse Street owned by Nancy, Claire, & Dick Holloway

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and that the property was still in violation and a copy of the Public Notice is spread upon the Minutes as follows:

CITY OF BILOXI
CODE ENFORCEMENT
PUBLIC HEARING NOTICE

PARCEL NO.:    1410F-04-064.000
ADDRESS NO.: 331 BAYVIEW AVE
HEARING ON:  JULY 1, 2025
             AT 6:00 PM
             CITY HALL, SECOND FLOOR
             140 LAMEUSE STREET, BILOXI, MS
             ANY QUESTIONS CALL (228)435-0841

SECTION 21-19-11:  THIS NOTICE IS TO INFORM YOU THAT A HEARING WILL BE HELD FOR THIS PARCEL OF LAND THAT IS IN NEED OF CLEANING. AN ADJUDICATION AT THE HEARING WILL AUTHORIZE THE CITY OF BILOXI TO RE-ENTER THIS PROPERTY FOR A PERIOD OF TWO (2) YEARS WITHOUT ANY FURTHER HEARING IF NOTICE IS POSTED ON THIS PROPERTY AND AT CITY HALL ON THE FIRST FLOOR, 140 LAMEUSE STREET, BILOXI, MS AT LEAST SEVEN (7) DAYS BEFORE THIS PROPERTY IS RE-ENTERED FOR CLEANING.

The President asked if there was anyone present to represent the property owner.   There were none.

The President then declared that the property was still in violation and that the Public Hearing is closed.

- - - - - - - - - - - - - -

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1210H-03-128.011/1738 Garden Park Drive owned by Team Raul, LLC.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and the property has been cleared.

The President then declared that the Public Hearing is closed as the property has been cleared.

- - - - - - - - - - - - - -

CHAIN OF CUSTODY VERIFIED | Page 2/2