| EXHIBIT D | VERIDEX | DOCUMENT |
|---|---|---|
| ProTempore_Res507-14_02396.pdf | 308.2 KB · SHA-256: ff7e66db399b0a9f... | | [VERIFIED] |



September 16, 2014
1:30 p.m.
RECESSED Meeting

**275**

Resolution No. 506-14

RESOLUTION AFFIRMING THE ACTION AND DECISION OF THE BUILDING OFFICIAL AND AUTHORIZING SPECIAL ASSESSMENT TO THE TAX ROLL FOR DEMOLITION OF A STRUCTURE

WHEREAS, pursuant to Chapter 5, Article III, Section 5-3-5 of the Code of Ordinances of the City of Biloxi, Mississippi, Jerry Creel, Building Official of the City of Biloxi, Mississippi, has given written notice of complaint that a certain dwelling is unfit for human habitation to the owner of said dwelling; and

WHEREAS, said notice was given not less than ten (10) days, nor more than thirty (30) days prior to a hearing before the Building Official for the following property:

| | |
|---|---|
| CITY PARCEL NO.: | 1410F-01-082.000 |
| OWNED BY: | Patricia Davis |
| ADDRESS: | 310 Main Street |
| HEARING DATE: | April 9, 2014 |

WHEREAS, said hearing resulted in a written Order to the property owner to repair, alter or improve said dwelling to render it fit for human habitation or, at the option of the owner, to vacate and close the dwelling as a human habitation pursuant to Section 5-3-5 (b) of Chapter 5, Article III of the City Code of the City of Biloxi, Mississippi; and

WHEREAS, said property owner did not, within ten (10) days, file an appeal pursuant to Section 5-3-5 (e) of Chapter 5, Article III of the Code of Ordinances of the City of Biloxi, Mississippi; and

WHEREAS, Jerry Creel, Building Official of the City of Biloxi, Mississippi determined, after notice and hearing, that said property owner failed to comply with such order within the time prescribed and pursuant to the authority conferred in Section 5-3-5 (e) of Chapter 5, Article III of the Code of Ordinances of the City of Biloxi, Mississippi, and in Article 3 of Chapter 35 of Title 43, Mississippi Code Annotated (1972), obtained at least two bids for the demolition of said dwelling, which was not repaired, altered or improved within the prescribed period, and has had said dwelling demolished by the lowest and best bidder as referenced below, and has reported the cost of said securing to this Council to be assessed as lien on the parcel as provided by law.

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, that:

SECTION 1: The City Council of the City of Biloxi, Mississippi hereby affirms the action and decision of the Building Official.

SECTION 2: Pursuant to the authority conferred by Article 3 of Chapter 35 of Title 43 of the Mississippi Code Annotated of 1972, a special assessment for action taken by the Building Official of the City of Biloxi, to demolish the dwelling on the following parcel is hereby authorized by the City Council of the City of Biloxi, Mississippi as follows:

| | |
|---|---|
| CITY PARCEL NO: | 1410F-01-082.000 |
| OWNER: | Patricia Davis |
| ADDRESS: | 310 Main Street |
| CONTRACTOR: | Michael Wood/Southern Corrosion |
| ASSESSMENT AMOUNT: | $1,715.00 |

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Newman, seconded by Councilmember Tisdale, and was adopted by the following vote:

| YEAS: | Lawrence | Tisdale | NAYS: | None |
|---|---|---|---|---|
| | Gines | Glavan | | |
| | Newman | Fayard | | |
| | Deming | | | |

The President then declared the Resolution adopted this the 16th day of September, 2014.

(SEAL)
ATTEST:
/s/Karen Brashier
CLERK OF THE COUNCIL

ADOPTED:
/s/ Kenny Glavan
PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 22nd day of September, 2014.

APPROVED:
/s/A. J. Holloway
MAYOR

(As the Exhibits are too voluminous to include, they may be located attached to Resolution Number 506-14 in the Clerk of Council's Office.)

- - - - - - - - - - - - - -

CHAIN OF CUSTODY VERIFIED

Page 1/3

| EXHIBIT D | VERIDEX | DOCUMENT |
|---|---|---|
| ProTempore_Res507-14_02396.pdf | 308.2 KB · SHA-256: ff7e66db399b0a9f... | | [VERIFIED] |

**276**

September 16, 2014
1:30 p.m.
RECESSED Meeting

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Mayor A. J. Holloway:

Resolution No. 507-14
RESOLUTION SETTING COMPENSATION FOR JUDGE PRO TEMPORE

WHEREAS, Section 21-23-9 of the Mississippi Code of 1972, as amended, allows the governing authorities of any municipality to appoint a municipal judge pro tempore who shall have the same powers and qualifications for office as the municipal judge and shall perform all duties of the municipal judge "in the absence of such municipal judge or if such municipal judge is unable to serve for any reason" and

WHEREAS, said section authorizes the municipality to compensate the judge pro tempore "in the same manner and amount as the municipality provides" for the appointed municipal judge;

NOW, THEREFORE BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, THAT:

SECTION 1: The salary of the judge pro tempore be set at $300.00 per session of court attended whether the session be for pleas, trial, initial appearance or any other special docket as set on the docket of the municipal court and that said compensation rate shall begin for the first month of the 2014-2015 fiscal year of the City of Biloxi and continue monthly thereafter at the same rate per session and that said compensation shall be payable monthly to the duly appointed judge pro tempore whether previously appointed or appointed hereafter.

SECTION 2: Funds are available under the Judicial Department budget for salaries.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Newman, seconded by Councilmember Tisdale, and was adopted by the following vote:

| YEAS: | Lawrence | Tisdale | NAYS: | None |
|---|---|---|---|---|
| | Gines | Glavan | | |
| | Newman | Fayard | | |
| | Deming | | | |

The President then declared the Resolution adopted this the 16th day of September, 2014.

(SEAL)
ATTEST:                                                ADOPTED:
/s/Karen Brashier                                      /s/ Kenny Glavan
CLERK OF THE COUNCIL                                    PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 22nd day of September, 2014.

APPROVED:
/s/A. J. Holloway
MAYOR

---------------

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Mayor A. J. Holloway:

RESOLUTION NO. 508-14

WHEREAS, the Biloxi City Council approved a Memorandum of Understanding (MOU) from Mississippi Department of Transportation (MDOT) to widen the existing Popp's Ferry roadway from Cedar Lake Road to Lamey Street, upgrade the signalization and geometrics of the Cedar Lake Road and Popp's Ferry intersection and to improve sanitary sewer, water and drainage within this area; and

WHEREAS, City Council previously approved a Replacement Memorandum of Understanding (MOU) from Mississippi Department of Transportation (MDOT), by Resolution No. 381-14, to widen the existing Popps Ferry roadway from Cedar Lake Road to Lamey Street, upgrade the signalization and geometrics of the Cedar Lake Road and Popp's Ferry Road intersection, and to improve sanitary sewer, water, and drainage within the area; and

WHEREAS, the MOU stated that approximately $7,204,800.00 in federal funds would be available for the construction of this phase of the project; and

WHEREAS, consequently, attached and submitted for Council approval is a Memorandum of Agreement (MOA) from the Mississippi Transportation Commission for City of Biloxi Project Number 843, Popp's Ferry Road Phase IV, MDOT Project Number STP-9376-00(006)LPA/105231-701000, that states due to obligation limitations that participating federal funds would not exceed $4,000,000.00 for Fiscal Years 2014-2015 and $3,204,800.00 for Fiscal Year 2016; and

EXHIBIT D                                     VERIDEX                              DOCUMENT

ProTempore_Res507-14_02396.pdf | 308.2 KB   ·   SHA-256: ff7e66db399b0a9f...            [VERIFIED]

September 16, 2014
1:30 p.m.
RECESSED Meeting

277

WHEREAS, Also the MOA states that the City of Biloxi would follow all of the provisions of the MOA and would be responsible for all funds necessary to complete the project, including the federal and local match, which exceed the obligated federal share.

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, THAT:

SECTION ONE: The findings, conclusions, and statement of fact contained in the foregoing preamble are hereby adopted, ratified and incorporated herein.

SECTION TWO: The Mayor and/or Municipal Clerk be and are hereby authorized to accept, enter into, and execute a Memorandum of Agreement (MOA) from the Mississippi Transportation Commission, attached hereto as Exhibit "A", for City of Biloxi Project Number 843, Popp's Ferry Road Phase IV, MDOT Project Number STP-9376-00(006)LPA/105231-701000.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by

Councilmember Newman, seconded by Councilmember Tisdale, and was adopted by the following vote:

| YEAS: | Lawrence | Tisdale | NAYS: | None |
|-------|----------|---------|-------|------|
|       | Gines    | Glavan  |       |      |
|       | Newman   | Fayard  |       |      |
|       | Deming   |         |       |      |

The President then declared the Resolution adopted this the 16ᵗʰ day of September, 2014.

(SEAL)
ATTEST:
/s/Karen Brashier
CLERK OF THE COUNCIL

ADOPTED:
/s/ Kenny Glavan
PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 22ⁿᵈ day of September, 2014.

APPROVED:
/s/A. J. Holloway
MAYOR

(As the Exhibits are too voluminous to include, they may be located attached to Resolution Number 508-14 in the Clerk of Council's Office.)

. . . . . . . . . . . . . . .

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the

following Resolution, introduced by Mayor A. J. Holloway:

Resolution No. 509-14
RESOLUTION FOR ROUTINE AGENDA

WHEREAS, for the continued operation of the city government in an efficient manner it is necessary to have appropriate consideration and acceptance by the City Council of certain routine matters such as the docket of claims, bids for budgeted purchases, tax assessment, administrative matters, and other non-policy matters.

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, that the Mayor and Municipal Clerk, or the Municipal Clerk and a Department Director, or the Municipal Clerk and any Deputy Municipal Clerk are hereby authorized to execute and deliver all documents necessary to effect the following actions:

SECTION 1: To accept bids submitted by each vendor in the amount shown below as the lowest and/or best bid based on the recommendation of the Executive Branch to accept each such bid as follows:

D. (Purchase #1)   Trophies/Parks & Recreation Department
    VENDOR –       See attached
    AMOUNT –       See attached

E. (Purchase #2)   Geotextile Fabric/Public Works Department
    VENDOR –       See attached
    AMOUNT –       See attached

F. (Purchase #3)   Code Enforcement/Community Development
    VENDOR –       See attached
    AMOUNT –       See attached

SECTION 3: To authorize approval of the claims listed on the docket of claims No. 2014K-05, in the amount of $311,016.57, attached as Exhibit "A" and to authorize the Mayor and/or Municipal Clerk to pay said claims.