EXHIBIT E — VERIDEX — DOCUMENT

CourtWebsite_OnlySimpsonSteele.pdf | 140.1 KB · SHA-256: 07e3e69bf6b87385...  [VERIFIED]

## Municipal Court

Municipal Court Online Payments | Notice of Reset | Change of address form | Español | Vietnamese



Municipal Court
170 Porter Avenue
Public Safety Building
First Floor
Biloxi, MS 39530
228-435-6125 voice
228-435-6165 fax
**Senior Municipal
Court Judge**
*Stephen Simpson*
**Judge**
*James Steele*
**Court Administrator**
*David Leckich*

The Municipal Court of the City of Biloxi has jurisdiction over all traffic offenses and misdemeanor criminal violations that occur within the city limits of the City of Biloxi.

If you are unsure of the location of the traffic charge or misdemeanor arrest, review your ticket or bond release information for the proper venue.

This court does not have jurisdiction of felony cases or juvenile criminal arrests but does have jurisdiction of juveniles charged with traffic offenses (including DUI), liquor law violations, tobacco violations, and those juveniles who have been certified as adults or previously arrested as an adult.

### Court Appearances

Appropriate dress is required.  No shorts, no bare shoulders, no low-cut tops, and no cell phones, food, drinks or gum are allowed in the courtroom.

The first appearance in Municipal Court is called an arraignment. At this time, you will be called upon to enter a plea (or answer) to the charge preferred against you.

You may plead guilty indicating that you admit you committed the offense and wish to waive your right to a trial; no contest indicating that you do not admit the charge but do NOT wish to contest the charge; or not guilty indicating to the court that you wish to contest the charge and are exercising your right to a trial.

Should you plead guilty or no contest, the case will proceed immediately to the sentencing phase.

You are still permitted to appeal your case to the County Court should you so desire. Should you plead not guilty, you will receive a trial date at some point in the near future.

Arraignments for arrests are held on Mondays beginning at 9 a.m. Arraignments for anyone issued a ticket and released on the scene are held on Tuesdays beginning at 1:30 p.m. Your ticket or bond will indicate what day and time you are required to appear. Failure to appear for arraignment may result in a warrant for your immediate arrest.

Trials are held on either Wednesday or Thursday, beginning at 9 a.m. In municipal courts in this state, trials are by a judge only. You may be represented by an attorney authorized to practice in this state, or you may represent yourself.

If you choose to represent yourself, you must conform to all rules of court, including rules of evidence. No court may lessen this requirement simply because you are not legally trained. In a trial, you are also entitled to certain rights, including:

1. Right to a copy of the affidavit.
2. Right to hear all testimony against you.
3. Right to cross-examine witnesses against you.
4. Right to testify on your own behalf.
5. Right to decline to testify without any inference drawn against you.
6. Right to call witnesses on your own behalf. Should you need to subpoena witnesses, the clerk will do so if you provide a list of the witnesses and their addresses at least 10 days prior to trial.

Should you fail to appear for trial, the case may be tried in your absence (TIA). If you are found guilty in your absence, a warrant will be issued for your arrest.

### Payment of traffic tickets before court date

Mississippi law allows you to prepay a traffic ticket prior to the court date. The back of your ticket has more information about doing so.

Should you prepay, there is no need to report to court. This is allowable only for tickets given at the scene without a **formal arrest**.

Some traffic violations require a formal arrest and booking, and attendance at arraignments on Mondays is mandatory.

Should you fail to appear on your plea date, your case will be set for trial. If you fail to appear for the trial, the case may be tried in your absence (TIA). If you are found guilty, your judgment and a TIA letter will be mailed to the address in your court record, and collection efforts will proceed.

### Ways to make a payment

Online by clicking here; mail with a money order to Biloxi Municipal Court, 170 Porter Ave., Biloxi, MS 39530; or in person at the court department located on the first floor of the Lopez-Quave Public Safety Center, 170 Porter Ave, Biloxi, MS 39530.

### Payment of fines

**Payment of Money and Community Service**

EXHIBIT E                                    VERIDEX                                    DOCUMENT

CourtWebsite_OnlySimpsonSteele.pdf | 140.1 KB  ·  SHA-256: 07e3e69bf6b87385...                              [VERIFIED]

The Biloxi Municipal Court may require you to pay money if you plead guilty or are convicted of an offense.  If you are found NOT GUILTY, the Court will NOT require you to pay money.

The Court will consider your ability to pay when setting the amount of money you owe and any payment schedule.  If you cannot afford to pay, the Court may require you to do work to help the community instead.

You may pay the full amount that you owe on sentencing day. If you are unable to pay in full, the Court may place you on a Payment Plan. The Court will consider your ability to pay when setting the payment schedule.

**YOUR RIGHTS:** If you receive a notice that you owe money to the Court or did not complete community service, you have the following legal rights:

**You have the right to a court hearing before the court can jail you.**

The court will NOT put you in jail if you are not able to pay.

**You MUST appear in court.  You could be jailed if you do not.**

**You have the right to have a lawyer help you at the hearing.**

A lawyer can help you avoid jail.

A lawyer can help you explain that you do not have the money to pay or cannot complete community service.

**You have the right to ask the Judge to appoint a lawyer to help you at the hearing.**


**AT THE COURT HEARING:**

The Judge will decide whether you can pay.

If you cannot pay, the Judge will decide whether you can pay less or nothing at all, whether you can pay later, and whether you can work to help the community instead of paying.

If you were not able to complete community service, the Judge will decide whether to require fewer hours or provide another alternative.

**The Judge may decide that you did not pay, even though you had the money.  The Judge may decide that you did not work for the community even though you were able.**


**YOUR DUTY:**

**You MUST appear in court on the date set on the notice.**

FAILURE TO APPEAR may result in a bench warrant being issued for your arrest.

**You must keep the Court informed of your mailing and residence address.**

As soon as reasonably possible after a change in address, you should complete the Notice of Change of Address and deliver it to the Biloxi Municipal Court Clerk at 170 Porter Avenue, Biloxi, Mississippi 39530, by one of the following means:

(1) U.S. Mail,

(2) hand delivery to the Biloxi Municipal Court Administrator/Clerk's office, or

(3) email to coacourt@biloxi.ms.us.

You may access the Notice of Change of Address form by clicking here.