AprylReady_2021-07-06_Regular_pp1to2_70to72__id6110.pdf | 8.9 MB · SHA-256: 1c775deae42702f3... **[VERIFIED]**

**1**

**TUESDAY**
July 6, 2021
Biloxi, Mississippi

BE IT REMEMBERED THAT a Regular Meeting of the Mayor and Members of the Council of the City of Biloxi, Mississippi, was held on Tuesday, July 6, 2021, at 6:00 p.m. in the Council Chambers on the second floor of City Hall, 140 Lameuse Street, Biloxi Mississippi, this being the day required by law to hold such meeting. A public notice of the place, date, hour, and subject matter of this meeting was posted within one hour after the meeting was called in a prominent place available to examination and inspection by the general public in the building in which the City Council normally meets. A copy of said notice is hereby made a part of these minutes and is reproduced as follows:

**PUBLIC NOTICE**

The City Council of the City of Biloxi, Mississippi will hold its regular meeting on Tuesday, July 6, 2021 at 6:00 p.m., in the Council Chambers on the second floor of City Hall, 140 Lameuse Street, Biloxi Mississippi, to consider any matter lawfully before it and to perform its general Legislative duties on behalf of the City of Biloxi, Mississippi.

**THERE WILL BE NO CITY COUNCIL MEETING HELD ON JULY 13, 2021.**

. . . . . . . . . . . . . .

Those present were Mayor A.M. Gilich, Jr. and Councilmembers George Lawrence, Felix Gines, Dixie Newman, Robert L. Deming III, Paul A. Tisdale, Kenny Glavan and Nathan Barrett. Others present were Keri Campbell, Mike Leonard, Peter Abide, Sherry Bell, John Miller, Brian Dykes, Joe Boney, Jerry Creel, Ed Shambra, Vincent Creel, Cecilia Dobbs Walton, Diana Thornton, Katie McMahan, Walt Rode, Nicky Filipich, Shane Dimitry, Jane Shambra, Keith Anderson, Donna Langlinais, Lori Beth Susman, Chris DeBack, John Higgins, Kenneth Powell, Wayne Hengen, Nancy Boney, William "Gig" Tisdale, Willie Williams, Cynthia White, George Parks, Jack Schmidt, Morques Thomas, Cathy Gonzalez, Alex Gonzalez, Daniel Moore, Matthew West, Thomas West, Lela Jordan, Stephen Dummer, Derrick Gates, Mary Harmon, Charles Harmon and members of the News Media.

. . . . . . . . . . . . . .

The President then asked if there were any motions regarding the Agenda:

**AGENDA**
**BILOXI CITY COUNCIL MEETING**
Tuesday, July 6, 2021
6:00 p.m.
Council Chambers, 2nd floor of City Hall
140 Lameuse Street, Biloxi, Mississippi

**INVOCATION**

1.   **AGENDA ORDER**

2.   **PRESENTATION AGENDA**

    A.   Mayor's Report

        – Report to the City Council on the Biloxi Travel Expense Credit Card (to be spread upon the Minutes of this meeting).

    B.   Departmental Report
    C.   Council's Report

3.   **PUBLIC AGENDA**

    Citizens Comments-(Total allotted time 45 minutes)

| EXHIBIT F | VERIDEX | DOCUMENT |
|---|---|---|
| AprylReady_2021-07-06_Regular_pp1to2_70to72__id6110.pdf \| 8.9 MB · SHA-256: 1c775deae42702f3... | | [VERIFIED] |

2

**4.    POLICY AGENDA**

**RESOLUTIONS**

_____A.    Resolution to appoint a President of the Biloxi City Council. Introduced by Council President Nathan Barrett.
{*-070621ACOU}

_____B.    Resolution to appoint a Vice-President of the Biloxi City Council. Introduced by Council President Nathan Barrett.
{*-070621BCOU}

_____C.    Resolution denying a request for Zoning Map Amendment, to authorize a change in zoning district classification from its current zoning of RS-10 Low-Density Single-Family Residential to LB Limited Business for property identified as 13160 Old Woolmarket Road. Case No. 21-031. Jason O. Rosetti. Submitted by the Planning Commission.
{*-070621APC} Ward 7

_____D.    Resolution denying a request for Conditional Use to authorize Short-Term Rentals within an Existing Single-Family Residence identified by municipal address 13160 Old Woolmarket Road. Case No. 21-032, Jason O. Rosetti. Submitted by the Planning Commission.
{*-070621BPC} Ward 7

_____E.    Resolution to grant Preliminary Subdivision Plat approval for a sixteen (16) lot residential subdivision submitted as The Reserve at Marsh Island Subdivision, for property presently identified as 745 & 751 Barrett Road. Case No. 21-029, San Luis Investments, LLC and Chris Fore (owners), and Machado/Patano, PLLC (applicant). Submitted by the Planning Commission.
{*-070621CPC} Ward 4

_____F.    Resolution granting Vacation of an improved Public Right-of-Way, identified as Barrett Road, approximately 1180 feet in length and 40 feet in width (more or less). Case No. 21-037, San Luis Investments, LLC, Chris Fore and Machado/Patano, PLLC. Submitted by the Planning Commission.
{*-070621DPC} Ward 4

_____G.    Resolution to grant Preliminary Subdivision Plat approval for a two-hundred and eight (208) lot residential subdivision submitted as The Preserve at Parker Creek Subdivision, for properties presently identified as a portion of 13486 and 13588 Shriner's Boulevard; 13392 Jim Byrd Road; & 8031 and 8040 Frank Hudson Road (re: Tax Parcel Nos. 1207L-01-005.002; 1207L-01-011.000; 1207L-01-012.000; 1207-26-059.000; 1107H-01-016.000; & 1107I-01-001.000. Case No. 21-033 Scratch Golf, LLC (owner) and Elliott Land Development, LLC (applicant). Submitted by the Planning Commission.
{*-070621EPC} Ward 7

_____H.    Resolution to grant Conditional Use Approval, to authorize the establishment of Short-Term Rentals within three (3) separate unit sites located within The Majestic Oaks RV Resort property, identified by the municipal address 1750 Pass Road Unit Nos. 48, 49 & 50. Case No. 21-039, Marcus Thomas on behalf of Majestic Oaks RV Resort. Submitted by the Planning Commission.
{*-070621FPC} Ward 3

_____I.    Resolution granting Conditional Use approval, to authorize the establishment of a Short-Term Rental upon a property situated within an NB Neighborhood Business zone and identified by municipal address 515 Howard Avenue (re: Tax Parcel No. 1410J-04-003.000). Case No. 21-040, Marvin D. Hendrix. Submitted by the Planning Commission.
{*-070621GPC} Ward 1

_____J.    Resolution granting Minor Subdivision Final Plat Approval for a property site currently identified as 1070 Campbell Drive (Re: Tax Parcel No. 1210J-04-006.000). Introduced by Mayor A.M. Gilich, Jr.
{*-070621HPC} Ward 6

_____K.    Resolution appointing the Chief Administrative Officer for the City of Biloxi, Mississippi. Introduced by Mayor A.M. Gilich, Jr.
{*-070621CEXC}

_____L.    Resolution appointing City Attorney and Director of the Legal Department for the City of Biloxi, Mississippi. Introduced by Mayor A.M. Gilich, Jr.
{*-070621DEXC}

_____M.    Resolution appointing Director of the Department of Community Development for the City of Biloxi, Mississippi. Introduced by Mayor A.M. Gilich, Jr.
{*-070621EEXC}

_____N.    Resolution appointing Director of the Public Works Department for the City of Biloxi, Mississippi. Introduced by Mayor A.M. Gilich, Jr.
{*-070621FEXC}

_____O.    Resolution appointing Director of the Department of Parks and Recreation for the City of Biloxi, Mississippi. Introduced by Mayor A.M. Gilich, Jr.
{*-070621GEXC}

| EXHIBIT F | VERIDEX | DOCUMENT |
|---|---|---|
| AprylReady_2021-07-06_Regular_pp1to2_70to72__id6110.pdf | 8.9 MB · SHA-256: 1c775deae42702f3... | [VERIFIED] |

**70**

July 6, 2021
6:00 p.m.
REGULAR Meeting

Resolution No. 482-21

RESOLUTION CONFIRMING APPOINTMENT
OF WILLIAM "GIG" TISDALE AS MUNICIPAL COURT JUDGE

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law; and

WHEREAS, pursuant to Resolution 368-15, 335-17, and 589-20 William "Gig" Tisdale has ably served the City of Biloxi as Municipal Judge since August 1, 2015; and

WHEREAS, the Mayor of the City of Biloxi desires to renew and continue this appointment for the new council term;

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION 1:   The appointment by Mayor Andrew "FoFo" Gilich and recognized by the City Council of William "Gig" Tisdale as a qualified and proper person to administer the duties of a full-time Municipal Judge for the City of Biloxi, Mississippi, effective July 6, 2021 is hereby accepted and confirmed, with said court official to serve at the will and pleasure of the governing authority as provided by law and the base rate of compensation for serving in this capacity shall be  $34,710.00 per annum, along with all benefits associated with regular part-time employment (average of 30 hours per week), until the resignation from that office by William "Gig" Tisdale or until his removal by the governing authorities of the City of Biloxi, whichever event occurs first.

SECTION 2:   This resolution shall be in full force and effect from and after adoption.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Gines, seconded by Councilmember Barrett, and was adopted by the following vote:

| YEAS: | Gines | Glavan | NAYS: | Lawrence |
|---|---|---|---|---|
| | Newman | Barrett | | |
| | Deming | | | |

RECUSED:   Tisdale

The President then declared the Resolution adopted this the 6th day of July, 2021.

(SEAL)
ATTEST:                                                      ADOPTED:
/s/Keri Campbell                                         /s/ Paul A. Tisdale
CLERK OF THE COUNCIL                        PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 12th day of July, 2021.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

. . . . . . . . . . . . . .

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No.  483-21

RESOLUTION CONFIRMING APPOINTMENT
OF JAMES C. STEELE AS MUNICIPAL COURT JUDGE

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law; and

WHEREAS, pursuant to Resolution 635-15, 336-17, and 589-20 James C. Steele has ably served the City of Biloxi as Municipal Judge since January 1, 2016; and

WHEREAS, the Mayor of the City of Biloxi desires to renew and continue this appointment for the new council term;

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION 1:   The appointment by Mayor Andrew "FoFo" Gilich and recognized by the City Council of James C. Steele as a qualified and proper person to administer the duties of a full-time Municipal Judge for the City of Biloxi, Mississippi, effective July 6, 2021 is hereby accepted and confirmed, with said court official to serve at the will and pleasure of the governing authority as provided by law and the base rate of compensation for serving in this capacity shall be $34,710.00 per annum, along with all benefits associated with regular part-time employment (average of 30 hours per week), until the resignation from that office by James C. Steele or until his removal by the governing authorities of the City of Biloxi, whichever event occurs first.

CHAIN OF CUSTODY VERIFIED                                                   Page 3/5

July 6, 2021
6:00 p.m.
REGULAR Meeting

**71**

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Gines, seconded by Councilmember Barrett, and was adopted by the following vote:

| YEAS: | Gines | Tisdale | NAYS: | Lawrence |
|---|---|---|---|---|
|  | Newman | Glavan |  |  |
|  | Deming | Barrett |  |  |

The President then declared the Resolution adopted this the 6th day of July, 2021.

(SEAL)
ATTEST:    ADOPTED:
/s/Keri Campbell    /s/ Paul A. Tisdale
CLERK OF THE COUNCIL    PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 12th day of July, 2021.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 484-21

RESOLUTION CONFIRMING APPOINTMENT
OF APRYL L. READY AS MUNICIPAL COURT JUDGE

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law; and

WHEREAS, pursuant to Resolution 635-19, Apryl L. Ready has ably served the City of Biloxi as Municipal Judge since October 15, 2019; and

WHEREAS, the Mayor of the City of Biloxi desires to renew and continue this appointment for the new council term;

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION 1: The appointment by Mayor Andrew "FoFo" Gilich and recognized by the City Council of Apryl L. Ready as a qualified and proper person to administer the duties of a part-time Municipal Judge for the City of Biloxi, Mississippi, effective July 6, 2021 is hereby accepted and confirmed, with said court official to serve at the will and pleasure of the governing authority as provided by law and the base rate of Compensation for services rendered shall be set at $140.00 per hour, on an as needed basis, payable upon presentation of an Invoice subject to approval by the Director of the Legal Department and approval on the City's Docket of Claims, until the resignation from that office by Apryl L. Ready or until her removal by the governing authorities of the City of Biloxi, whichever event occurs first.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Gines, seconded by Councilmember Barrett, and was adopted by the following vote:

| YEAS: | Gines | Tisdale | NAYS: | Lawrence |
|---|---|---|---|---|
|  | Newman | Glavan |  |  |
|  | Deming | Barrett |  |  |

The President then declared the Resolution adopted this the 6th day of July, 2021.

(SEAL)
ATTEST:    ADOPTED:
/s/Keri Campbell    /s/ Paul A. Tisdale
CLERK OF THE COUNCIL    PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 12th day of July, 2021.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - -

**72**

July 6, 2021
6:00 p.m.
REGULAR Meeting

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1410G-03-117.000/250 Lee Street owned by Geraldine F. Blessey, et al., c/o Stanton Fountain, Jr.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and that the property was still in violation and a copy of the Public Notice is spread upon the Minutes as follows:

CITY OF BILOXI
CODE ENFORCEMENT
PUBLIC HEARING NOTICE

PARCEL NO.:  1410G-03-117.000
ADDRESS NO.: 250 LEE STREET
HEARING ON: JULY 6, 2021
             AT 6:00 PM
             CITY HALL, SECOND FLOOR
             140 LAMEUSE STREET, BILOXI, MS
             ANY QUESTIONS CALL (228)435-0841

SECTION 21-19-11:  THIS NOTICE IS TO INFORM YOU THAT A HEARING WILL BE HELD FOR THIS PARCEL OF LAND THAT IS IN NEED OF CLEANING. AN ADJUDICATION AT THE HEARING WILL AUTHORIZE THE CITY OF BILOXI TO RE-ENTER THIS PROPERTY FOR A PERIOD OF TWO (2) YEAR WITHOUT ANY FURTHER HEARING IF NOTICE IS POSTED ON THIS PROPERTY AND AT CITY HALL ON THE FIRST FLOOR, 140 LAMEUSE STREET, BILOXI, MS AT LEAST SEVEN (7) DAYS BEFORE THIS PROPERTY IS RE-ENTERED FOR CLEANING.

The President asked if there was anyone present to represent the property owner.  There were none.

The President then declared that the property was still in violation and that the Public Hearing is closed.

. . . . . . . . . . . . . .

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1007H-01-023.001, 14189 Dundeewood Road owned by Jose Antonio Malaga Gomez.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and that the property was still in violation and a copy of the Public Notice is spread upon the Minutes as follows:

CITY OF BILOXI
CODE ENFORCEMENT
PUBLIC HEARING NOTICE

PARCEL NO.:  1007H-01-023.001
ADDRESS NO.: 14189 DUNDEEWOOD RD
HEARING ON: JULY 6, 2021
             AT 6:00 PM
             CITY HALL, SECOND FLOOR
             140 LAMEUSE STREET, BILOXI, MS
             ANY QUESTIONS CALL (228)435-0841

SECTION 21-19-11:  THIS NOTICE IS TO INFORM YOU THAT A HEARING WILL BE HELD FOR THIS PARCEL OF LAND THAT IS IN NEED OF CLEANING. AN ADJUDICATION AT THE HEARING WILL AUTHORIZE THE CITY OF BILOXI TO RE-ENTER THIS PROPERTY FOR A PERIOD OF TWO (2) YEAR WITHOUT ANY FURTHER HEARING IF NOTICE IS POSTED ON THIS PROPERTY AND AT CITY HALL ON THE FIRST FLOOR, 140 LAMEUSE STREET, BILOXI, MS AT LEAST SEVEN (7) DAYS BEFORE THIS PROPERTY IS RE-ENTERED FOR CLEANING.

The President asked if there was anyone present to represent the property owner.  There were none.

The President then declared that the property was still in violation and that the Public Hearing is closed.

. . . . . . . . . . . . . .