| EXHIBIT G | VERIDEX | DOCUMENT |
|---|---|---|
| AprylReady_2019-10-15_Recessed_pp1to2_12to14__id6053.pdf | 8.4 MB · SHA-256: 7413f136b9866c49... | | [VERIFIED] |

453

TUESDAY
October 15, 2019
Biloxi, Mississippi

BE IT REMEMBERED THAT a Recessed Meeting of the Mayor and Members of the Council of the City of Biloxi, Mississippi, was held on Tuesday, October 15, 2019, at 1:30 p.m. in the Council Chambers on the second floor of City Hall, 140 Lameuse Street, Biloxi Mississippi, this being the day to which the previous meeting was recessed. A public notice of the place, date, hour, and subject matter of this meeting was posted within one hour after the meeting was called in a prominent place available to examination and inspection by the general public in the building in which the City Council normally meets. A copy of said notice is hereby made a part of these minutes and is reproduced as follows:

## PUBLIC NOTICE

The City Council of the City of Biloxi, Mississippi held its regular meeting on Tuesday, October 1, 2019 at 6:00 p.m., and was recessed until Tuesday, October 15, 2019 at 1:30 p.m., in the Council Chambers on the second floor of City Hall, 140 Lameuse Street, Biloxi Mississippi, to consider any matter lawfully before it and to perform its general Legislative duties on behalf of the City of Biloxi, Mississippi.

- - - - - - - - - - - - -

Those present were Mayor Andrew "FoFo" Gilich and Councilmembers George Lawrence, Felix Gines, Dixie Newman, Robert L. Deming III, Paul A. Tisdale, Kenny Glavan and Nathan Barrett. Others present were Karen Brashier, Mike Leonard, Peter Abide, Billy Ray Allen, Christy LeBatard, Mike Wills, Jerry Creel, Ed Shambra, Vincent Creel, Cecilia Dobbs Walton, Ken McKeown, Katie McMahan, Rachel Quave, Keith Pisarich, Bill Raymond, Jane Meynardie, James Frisby, Phil Frisby, Jamie Gatlin, Tanner Cook, Swayze Collier, Brian Thacker, Stacy Thacker, Susan Hunt, Larry Drawdy, Keith Anderson, Steve Brooks, Bobby Heinerett, Marcus Boudreaux, Mark Seymour, Mike Letort, Matt Buckley, Patrick Miller, Ed Gemmill, Dennis Lambert, Judy Abide, Craig High, and members of the News Media.

- - - - - - - - - - - - -

The President then asked if there were any motions regarding the Agenda:

**AGENDA**
**BILOXI CITY COUNCIL MEETING**
Tuesday, October 15, 2019
1:30 p.m.
Council Chambers, 2nd floor of City Hall
140 Lameuse Street, Biloxi, Mississippi

1.  **AGENDA ORDER**

2.  **PRESENTATION AGENDA**

    A.  Mayor's Report

        --Presentation of certificates to Biloxi High students in recognition of making the 30+ ACT Club.

        --Presentation of Longevity Awards to City employees.

        --Dr. Matt Buckley, Principal of St. Patrick's Catholic High School to give update to Mayor and Council.

    B.  Departmental Report

    C.  Council's Report

AprylReady_2019-10-15_Recessed_pp1to2_12to14__id6053.pdf | 8.4 MB · SHA-256: 7413f136b9866c49... **[VERIFIED]**

**454**

October 15, 2019
1:30 p.m.
RECESSED Meeting

**3.   PUBLIC AGENDA**

Citizens Comments-(Total allotted time 45 minutes)

**4.   POLICY AGENDA**

ORDINANCE (Second Reading)

_____A.   Ordinance to amend Sections 16-2-5 and 16-2-6 of the Code of Ordinances, City of Biloxi, Mississippi, of 1992. Introduced by Mayor A.M. Gilich, Jr.
{*-100119ALEG} **First reading on October 1, 2019**

RESOLUTIONS

_____B.   Resolution to adopt Memorandum of Understanding with other coast City and County Governments to form a Mississippi Sound Coalition. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519BLEG}

_____C.   Resolution of the Mayor and City Council of the City of Biloxi, Mississippi (the "City"), approving the employment of professionals in connection with the City's intention to issue General Obligation Refunding Bonds of the City, all in and aggregate principal amount of not to exceed Nine Million Dollars ($9,000.000), and for related purposes. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519CLEG}

_____D.   Resolution confirming appointment of Apryl L Ready as Municipal Court Judge Pro Tempore. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519ALEG}

**5.   CONSENT AGENDA**

_____A.   Resolution authorizing expenditure to the Gulf Regional Planning Commission in the total amount of $20,000. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519AEXC}

_____B.   Resolution authorizing the City of Biloxi Department of Parks and Recreation to accept a cash donation in the amount of $1,872.57 from the Biloxi Elite Swim Team Booster Club and amending the Municipal Budget for the Fiscal Year ending September 30, 2020. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519APR}

_____C.   Resolution to approve and authorize the one-source purchase of Audio Equipment for the Council Room from Business Information Systems in the total amount of $41,495.00. Funding: Council Budget. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519APUR}

_____D.   Resolution to approve the purchase of twelve MR-100 Deluxe Litter Receptacles for use on Howard Avenue from Mississippi Prison Industries in the total amount of $5,714.00, as authorized by Mississippi Code of 1972 Annotated, Section 31-7 -13(m)(xxiv). Funding: Capital Projects Budget. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519BPUR}

_____E.   Resolution to approve and authorize the only advertised bid received for Tree Cutting Services from The Tree Service in the total amount of $6,295.00. Funding: Community Development Budget. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519CPUR}

_____F.   Resolution to approve and authorize mitigation services from Wetland Solutions for the Ellzey Place Phase II project in the total amount of $17,928.99. Funding: Capital Projects Budget. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519DPUR}

_____G.   Resolution to approve and authorize the one-source purchase two K-9's and Training from Vohne Liche, Inc. in the total amount of $34,510.00. Funding: Police Budget. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519EPUR}

_____H.   Resolution to approve the purchase of two Trucks for use by CID/CSI from Courtesy Motors in the total amount of $63,554.00, as authorized by State of Mississippi Contract No. 8200048071. Funding: Police Budget. Introduced by Mayor Andrew "FoFo" Gilich.
{*-101519FPUR}

| VERIDEX |

AprylReady_2019-10-15_Recessed_pp1to2_12to14__id6053.pdf | 8.4 MB · SHA-256: 7413f136b9866c49...    [VERIFIED]

**464**

October 15, 2019
1:30 p.m.
RECESSED Meeting

for the Refunding Project prior to the issuance of the Refunding Bonds with the proceeds thereof to the extent permitted by the Reimbursement Regulations. The Refunding Bonds will be general obligations of the Municipality payable as to principal and interest out of and secured by an irrevocable pledge of the avails of a tax to be levied annually upon all the taxable property within the geographical limits of the Municipality, which tax, together with any other moneys available for such purpose, shall be sufficient to provide for the payment of the principal of and the interest on the Refunding Bonds according to the terms thereof.

SECTION 3: The Governing Body hereby employs the law firm of Wise Carter Child & Caraway, a Professional Association, as Bond Counsel, City Attorney Peter Abide with Currie Johnson & Myers, P.A. as Issuer's Counsel, and Municipal Advisors of Mississippi, Inc., as Municipal Advisor, and authorizes them to prepare the necessary resolutions and offering documents for the subsequent sale and issuance of the Refunding Bonds, subject to the approval of the Governing Body of the City.

SECTION 4: The Mayor and Municipal Clerk are authorized to execute the Wise Carter Engagement Letter, which document is incorporated herein by reference as if set forth fully herein and shall be deemed to be a part of this resolution, with such appropriate variations, omissions and insertions as shall be approved by the Mayor, such approval being evidenced by his signature.

SECTION 5: As compensation for his services as "Issuer's Counsel" to the City, including the issuance of his opinion in connection with the issuance of the Refunding Bonds and related matters, the City Attorney Peter Abide, Currie Johnson & Myers, shall be paid, from the sales proceeds of the Refunding Bonds, the sum of $5,000.

SECTION 6: As compensation for its services as Municipal Advisor to the City, Municipal Advisors of Mississippi, Inc. shall be paid, from the sales proceeds of the Refunding Bonds, in accordance with the terms of his existing contract.

SECTION 7: That the Governing Body of the City hereby authorizes the Mayor of the City and the Municipal Advisor, with the advice of Bond Counsel and Issuer's Counsel, to negotiate the terms for the sale of the Refunding Bonds to the Underwriter under the following conditions: (1) the size of the Refunding Bonds will not exceed $9,000,000; (2) the net interest cost of the Bonds will not exceed three percent (3%); (3) the Refunding Bonds will mature no later than January 1, 2029; (4) the issuance of the Refunding Bonds will result in an overall net present value savings to maturity of at least two percent (2%) on the Refunded Bonds which overall net present value savings to maturity on the Refunded Bonds of at least two percent (2%) meets or exceeds the requirements of Section 31-27-13 of the Refunding Act; and (5) the underwriter's discount or placement agent fee will not exceed one percent (1%) of the principal amount of the Refunding Bonds. The Bond Purchase Agreement or Private Placement Agreement so negotiated will be presented to the Governing Body for approval at a subsequent meeting.

SECTION 8: The Governing Body authorizes and directs the Mayor or City Clerk to execute and deliver the Wise Carter Engagement Letter or such other documents as may be necessary to effectuate the purposes of this resolution.

SECTION 9: This resolution shall take effect and be in force from and after adoption.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Tisdale, seconded by Councilmember Lawrence, and was adopted by the following vote:

YEAS:    Lawrence    Tisdale    NAYS:    None
         Gines       Glavan
         Newman      Barrett
         Deming

The President then declared the Resolution adopted this the 15th day of October, 2019.

(SEAL)
ATTEST:                                                  ADOPTED:
/s/Karen Brashier                                        /s/ Dixie Newman
CLERK OF THE COUNCIL                                     PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 17th day of October, 2019.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

(As the Exhibits are too voluminous to include, they may be located attached to Resolution Number 634-19 in the Clerk of Council's Office.)

- - - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Mayor A.M. Gilich, Jr.:

|

| EXHIBIT G | VERIDEX | DOCUMENT |
|---|---|---|
| AprylReady_2019-10-15_Recessed_pp1to2_12to14__id6053.pdf \| 8.4 MB · SHA-256: 7413f136b9866c49... | | [VERIFIED] |

October 15, 2019
1:30 p.m.
RECESSED Meeting

**465**

Resolution No. 635-19
RESOLUTION CONFIRMING APPOINTMENT
OF APRYL L READY AS MUNICIPAL COURT JUDGE PRO TEMPORE

WHEREAS, Section 21-23-9 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall perform all duties of the appointed Judges if such Judge is absent or unable to serve; and

WHEREAS, such appointee shall be a qualified elector of Harrison County and shall be an attorney at law; and

WHEREAS, Apryl L. Ready, a qualified elector and resident of Biloxi has practiced law since 1998 and has experience in criminal law; and

WHEREAS, Mayor A.M. Gilich, Jr. desires to appoint Apryl L. Ready as Municipal Court Judge Pro Tempore, for services needed when the existing appointees are absent or unable to serve.

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

Section 1: The findings, conclusions and statements of fact contained in the preamble are hereby adopted, ratified and incorporated herein.

Section 2: The appointment by Mayor A.M. Gilich, Jr. and recognized by the City Council of Apryl L. Ready as a qualified and proper person to administer the duties of a Municipal Court Judge Pro Tempore for the City of Biloxi, Mississippi, effective October 15, 2019, is hereby accepted and confirmed.

Section 3: In accordance with state law this court official shall serve at the will and pleasure of the Mayor and shall be excluded from the coverage of any Ordinance or general law providing for a Civil Service System in the City of Biloxi.

Section 4: Compensation for services rendered shall be set at $140.00 per hour, on an as needed basis, payable upon presentation of an Invoice subject to approval by the Director of the Legal Department and approval on the City's Docket of Claims. The intended performance of this appointment shall end on June 30, 2021.

Section 5: This resolution shall be in full force and effect from and after adoption.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by

Councilmember Glavan, seconded by Councilmember Tisdale, and was adopted by the following vote:

| YEAS: | Lawrence | Tisdale | NAYS: | None |
|---|---|---|---|---|
| | Gines | Glavan | | |
| | Newman | Barrett | | |
| | Deming | | | |

The President then declared the Resolution adopted this the 15th day of October, 2019.

(SEAL)
ATTEST:
/s/Karen Brashier
CLERK OF THE COUNCIL

ADOPTED:
/s/ Dixie Newman
PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 17th day of October, 2019.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the

following Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 636-19
RESOLUTION AUTHORIZING EXPENDITURE TO THE GULF REGIONAL
PLANNING COMMISSION IN THE TOTAL AMOUNT OF $20,000.00

WHEREAS, Gulf Regional Planning Commission was created under State Enabling Legislation pursuant to the provisions of House Bill No. 393, 1964 Regular Session, which is codified in Sections 17-1-29 through 17-1-37 of the Mississippi Code; and

WHEREAS, Sections 17-1-29 through 17-1-37 of the Mississippi Code authorize and empower the governing authorities of the City of Biloxi to make contributions to the Gulf Regional Planning Commission; and

VERIDEX PAGE 22 OF 37

AprylReady_2019-10-15_Recessed_pp1to2_12to14__id6053.pdf | 8.4 MB · SHA-256: 7413f136b9866c49...    [VERIFIED]

October 15, 2019
1:30 p.m.
RECESSED Meeting

**466**

WHEREAS, the Gulf Regional Planning Commission is authorized to provide services in the legal boundaries of Harrison County, both rural and urban; and

WHEREAS, the responsibilities and services include, but are not limited to, serving as a conduit for state and federal assistance for area projects and serving as a catalyst to stimulate action on region-wide issues such as growth and population management, transportation, housing, environmental quality, community facilities, etc.; and

WHEREAS, to assist it in performing its duties and responsibilities and providing services, Gulf Regional Planning Commission has requested $20,000.00 as the City's contribution for Fiscal Year 2019-2020; and

WHEREAS, funds are available in the Fiscal Year 2019-2020 Non-Departmental Budget, line item number 01832-6649-ND133, to provide for such appropriation.

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, as follows:

Section 1: The findings, conclusions, and statements of fact contained in the preamble are adopted and ratified.

Section 2: A contribution of $20,000.00 from the Fiscal Year 2019-2020 Non-Departmental Budget, line item number 01832-6649-ND133, to Gulf Regional Planning Commission is hereby authorized.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Gines, seconded by Councilmember Tisdale, and was adopted by the following vote:

YEAS:    Lawrence    Tisdale    NAYS:    None
         Gines       Glavan
         Newman      Barrett
         Deming

The President then declared the Resolution adopted this the 15th day of October, 2019.

(SEAL)
ATTEST:                                              ADOPTED:
/s/Karen Breshier                                    /s/ Dixie Newman
CLERK OF THE COUNCIL                                 PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 17th day of October, 2019.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 637-19
RESOLUTION AUTHORIZING THE CITY OF BILOXI DEPARTMENT OF PARKS AND RECREATION TO ACCEPT A CASH DONATION AND AMENDING THE MUNICIPAL FOR FISCAL YEAR 2020

WHEREAS, the Biloxi Elite Swim Team Booster Club has graciously made an offer of a cash donation of one thousand eight hundred and seventy-two dollars and fifty-seven cents ($1,872.57), to the City of Biloxi (the "City") Department of Parks and Recreation, for the purposes of purchasing a swim suit dryer for the Biloxi Natatorium; and

WHEREAS, Section 21-35-25 of the Mississippi Code of 1972, Annotated, provides authorization for the governing authorities of a municipality to amend the budget of such municipality, provided there be funds in the treasury of the municipality not appropriated by the budget and there is a deficit in any one (1) or more items provided for in the budget; and

WHEREAS, it is necessary and advisable that the City recognize the donation into the municipal budget for fiscal year ending September 30, 2020, making the sum of one thousand eight hundred seventy-two dollars and fifty-seven cents ($1,872.57) available in the Department of Parks and Recreation's, line item 01411-6800, as detailed on Exhibit "A" attached hereto; and

WHEREAS, it is the recommendation of Cheryl, Director of Parks and Recreation, that the City accept the donation and amend the municipal budget as stated herein.

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, THAT:

Section 1: The findings, conclusions, and statement of fact contained in the foregoing preamble are hereby adopted, ratified, and incorporated herein.