**VERIDEX**

Petrini_SpecialProsecutor_06511.pdf | 6.1 MB · SHA-256: f7c92898a370059e... [VERIFIED]

December 2, 2025
6:00 p.m.
REGULAR Meeting

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1410H-06-049.000/291 Laurel Court owned by Michael Craig & Tami Janese Smith.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and the property has been cleared.

The President then declared that the Public Hearing is closed as the property has been cleared.

. . . . . . . . . . . . . .

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1410E-06-045.000/251 Iroquois Street owned by Anthony Kinard.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and the property has been cleared.

The President then declared that the Public Hearing is closed as the property has been cleared.

. . . . . . . . . . . . . .

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1210I-02-002.000/188 Iberville Drive owned by Deborah A. Heylman.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and the property has been cleared.

The President then declared that the Public Hearing is closed as the property has been cleared.

. . . . . . . . . . . . . .

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1110M-01-002.000/2660 Beach Boulevard owned by Allegiant Equities LLC.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and that the property was still in violation and a copy of the Public Notice is spread upon the Minutes as follows:

CITY OF BILOXI
CODE ENFORCEMENT
PUBLIC HEARING NOTICE

PARCEL NO.:    1110M-01-002.000
ADDRESS NO.:  2660 BEACH BLVD
HEARING ON:   DECEMBER 2, 2025
                         AT 6:00 PM
                         CITY HALL, SECOND FLOOR
                         140 LAMEUSE STREET, BILOXI, MS
                         ANY QUESTIONS CALL (228)435-0841

SECTION 21-19-11: THIS NOTICE IS TO INFORM YOU THAT A HEARING WILL BE HELD FOR THIS PARCEL OF LAND THAT IS IN NEED OF CLEANING. AN ADJUDICATION AT THE HEARING WILL AUTHORIZE THE CITY OF BILOXI TO RE-ENTER THIS PROPERTY FOR A PERIOD OF TWO (2) YEARS WITHOUT ANY FURTHER HEARING IF NOTICE IS POSTED ON THIS PROPERTY AND AT CITY HALL ON THE FIRST FLOOR, 140 LAMEUSE STREET, BILOXI, MS AT LEAST SEVEN (7) DAYS BEFORE THIS PROPERTY IS RE-ENTERED FOR CLEANING.

The President asked if there was anyone present to represent the property owner.   There were none.

The President then declared that the property was still in violation and that the Public Hearing is closed.

. . . . . . . . . . . . . .

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1410J-05-057.001/535 Peyton Drive owned by Sherry Jones.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and the property has been cleared.

The President then declared that the Public Hearing is closed as the property has been cleared.

. . . . . . . . . . . . . .

CHAIN OF CUSTODY VERIFIED | Page 1/4

| EXHIBIT H | VERIDEX | DOCUMENT |
|---|---|---|
| Petrini_SpecialProsecutor_06511.pdf \| 6.1 MB · SHA-256: f7c92898a370059e... | | [VERIFIED] |

December 2, 2025
6:00 p.m.
REGULAR Meeting

23

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1410I-06-087.001/389 Clay Street owned by Anderson, Ranken, & Fritz Holdings GR.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and the property has been cleared.

The President then declared that the Public Hearing is closed as the property has been cleared.

- - - - - - - - - - - - - -

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1410I-06-084.000/393 Clay Street owned by Hon C. Ly & Roger H. Nguyen.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and the property has been cleared.

The President then declared that the Public Hearing is closed as the property has been cleared.

- - - - - - - - - - - - - -

The President then called for the Public Hearing in regard to code violations on City Parcel No. 1410J-06-041.000/610 Howard Avenue owned by Loxicom LLC.

The Community Development Director reported to the Council that the property owner had been properly notified by certified registered mail, and that the property was still in violation and a copy of the Public Notice is spread upon the Minutes as follows:

CITY OF BILOXI
CODE ENFORCEMENT
PUBLIC HEARING NOTICE

PARCEL NO.: 1410J-06-041.000
ADDRESS NO.: 610 HOWARD AVE
HEARING ON: DECEMBER 2, 2025
AT 6:00 PM
CITY HALL, SECOND FLOOR
140 LAMEUSE STREET, BILOXI, MS
ANY QUESTIONS CALL (228)435-0841

SECTION 21-19-11: THIS NOTICE IS TO INFORM YOU THAT A HEARING WILL BE HELD FOR THIS PARCEL OF LAND THAT IS IN NEED OF CLEANING. AN ADJUDICATION AT THE HEARING WILL AUTHORIZE THE CITY OF BILOXI TO RE-ENTER THIS PROPERTY FOR A PERIOD OF TWO (2) YEARS WITHOUT ANY FURTHER HEARING IF NOTICE IS POSTED ON THIS PROPERTY AND AT CITY HALL ON THE FIRST FLOOR, 140 LAMEUSE STREET, BILOXI, MS AT LEAST SEVEN (7) DAYS BEFORE THIS PROPERTY IS RE-ENTERED FOR CLEANING.

The President asked if there was anyone present to represent the property owner. There were none.

The President then declared that the property was still in violation and that the Public Hearing is closed.

- - - - - - - - - - - - - -

Councilmember Creel moved and Councilmember Gray seconded that the Council go into closed session for the purpose of examining the necessity to go into executive session to discuss pending litigation in the case of Petrini vs. City of Biloxi.

The foregoing motion was adopted by the following vote:

| | YEAS: | Gray | Tisdale | NAYS: | None |
|---|---|---|---|---|---|
| | | Marshall | Glavan | | |
| | | Nail | Shoemaker | | |
| | | Creel | | | |

The President then declared the motion adopted this the 2nd day of December, 2025.

(SEAL)
ATTEST:                                                    ADOPTED:
/s/Keri Campbell                                          /s/ Kenny Glavan
CLERK OF THE COUNCIL                          PRESIDENT OF THE COUNCIL

Councilmember Creel moved and Councilmember Shoemaker seconded that the Council reconvene as an open meeting.

The foregoing motion was adopted by the following vote:

| | YEAS: | Gray | Tisdale | NAYS: | None |
|---|---|---|---|---|---|
| | | Marshall | Glavan | | |
| | | Nail | Shoemaker | | |
| | | Creel | | | |

December 2, 2025
6:00 p.m.
REGULAR Meeting

The President then declared the motion adopted this the 2nd day of December, 2025

(SEAL)
ATTEST:                                              ADOPTED:
/s/Keri Campbell                                     /s/ Kenny Glavan
CLERK OF THE COUNCIL                                 PRESIDENT OF THE COUNCIL

Resolution No. 884-25

WHEREAS, pursuant to Section 25-41-7 of the Mississippi Code of 1972, Annotated, as amended, the City Council may declare an executive session for specific reasons, one of which is for the purpose of discussing pending litigation in the case of Petrini vs. City of Biloxi, as contemplated by Section 25-41-7 (4)(a) of the Mississippi Code Annotated, as amended; and

WHEREAS, the Council has determined by a vote meeting the requirements of Section 25-41-7(1) that the necessity for an executive session does exist.

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

That the City Council enter into an executive session for the purpose of discussing pending litigation in the case of Petrini vs. City of Biloxi, as contemplated by Section 25-41-7 (4)(a) of the Mississippi Code Annotated, as amended.

The foregoing Resolution having first been reduced to writing, was moved by Councilmember Creel, seconded by Councilmember Gray, and was adopted by the following vote:

YEAS:     Gray        Tisdale     NAYS:     None
          Marshall    Glavan
          Nail        Shoemaker
          Creel

The President then declared the Resolution adopted this the 2nd day of December, 2025.

(SEAL)
ATTEST:                                              ADOPTED:
/s/Keri Campbell                                     /s/ Kenny Glavan
CLERK OF THE COUNCIL                                 PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 5th day of December, 2025.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

Councilmember Creel moved and Councilmember Gray seconded that the Council conclude the executive session and reconvene as an open meeting and that no action was taken in Executive Session.

The foregoing motion was adopted by the following vote:

YEAS:     Gray        Tisdale     NAYS:     None
          Marshall    Glavan
          Nail        Shoemaker
          Creel

The President then declared the motion adopted this the 2nd day of December, 2025.

(SEAL)
ATTEST:                                              ADOPTED:
/s/Keri Campbell                                     /s/ Kenny Glavan
CLERK OF THE COUNCIL                                 PRESIDENT OF THE COUNCIL

- - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following

Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 885-25

RESOLUTION FOR ROUTINE AGENDA

WHEREAS, for the continued operation of the city government in an efficient manner it is necessary to have appropriate consideration and acceptance by the City Council of certain routine matters such as the docket of claims, bids for budgeted purchases, tax assessment, administrative matters, and other non-policy matters.

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, that the Mayor and Municipal Clerk, or the Municipal Clerk and a Department Director, or the Municipal Clerk and any Deputy Municipal Clerk are hereby authorized to execute and deliver all documents necessary to affect the following actions:

| EXHIBIT H | VERIDEX | DOCUMENT |
|---|---|---|
| Petrini_SpecialProsecutor_06511.pdf \| 6.1 MB · SHA-256: f7c92898a370059e... | | [VERIFIED] |

December 2, 2025
6:00 p.m.
REGULAR Meeting

25

SECTION ONE: To accept bids submitted by each vendor in the amount shown below as the lowest and/or best bid based on the recommendation of the Executive Branch to accept each such bid as follows:

A. (Purchase No. 1)  Demolition of Structure/761 Baybreeze Dr.
   VENDOR –       Prestige Development
   AMOUNT –       $8,500.00

SECTION TWO: The Council for the City of Biloxi hereby finds, determines, and adjudicates as follows with regard to the following cases:

PURSUANT TO Section 21-19-11, Mississippi Code of 1972, and the directive of this Council, Jerry Creel, Building Official of the City of Biloxi, Mississippi, has given ten (10) days written notice to the following property owners:

A.  CITY PARCEL NO.:   1209F-02-028.003
    OWNED BY:         Geraldine Harris -EST-
    ADDRESS:          15912 Krohn Road
                      Vancleave, MS 39565

B.  CITY PARCEL NO.:   1410I-01-042.000
    OWNED BY:         Hai Thanh Tran
    ADDRESS:          289 3rd Street
                      Biloxi, MS 39530

C.  CITY PARCEL NO.:   1410H-07-036.000
    OWNED BY:         Akron Cleveland Construction Group
    ADDRESS:          3028 W 116th Street
                      Cleveland, OH 44111

D.  CITY PARCEL NO.:   1410J-06-041.000
    OWNED BY:         Loxicom, LLC
    ADDRESS:          11385 Ruth Court
                      Biloxi, MS 39532

E.  CITY PARCEL NO.:   1410F-03-076.000
    OWNED BY:         Say Mar, LLC
    ADDRESS:          996 North Halstead Road
                      Ocean Springs, MS 39564

F.  CITY PARCEL NO.:   1410F-01-066.000
    OWNED BY:         Carmichael Property Group, LLC
    ADDRESS:          PO Box 161561
                      Mobile, AL 36616

G.  CITY PARCEL NO.:   1410G-04-091.000
    OWNED BY:         State of Mississippi
    ADDRESS:          P.O. Box 136
                      Jackson, MS 39205

H.  CITY PARCEL NO.:   1209E-02-136.000
    OWNED BY:         Colyar Frierson Estate
    ADDRESS:          2111 Rustwood Drive
                      Biloxi, MS 39532

I.  CITY PARCEL NO.:   1310H-02-004.000
    OWNED BY:         Evan Pham Luu
    ADDRESS:          2445 Glen Fox Court
                      San Jose, CA 95148

J.  CITY PARCEL NO.:   1410I-06-175.000
    OWNED BY:         L C Holdings LLC
    ADDRESS:          401 E 8th Street STE 214 PMB 10380
                      Sioux Falls, SD 57103

K.  CITY PARCEL NO.:   1410J-01-022.000
    OWNED BY:         Randolph F. and Joedna R Fagan
    ADDRESS:          9108 W Simmons Circle
                      Ocean Springs, MS 39564

L.  CITY PARCEL NO.:   Richard F. Okoniewski
    OWNED BY:         1310H-04-008.000
    ADDRESS:          307 Forrest Avenue
                      Biloxi, MS 39530

| CHAIN OF CUSTODY VERIFIED | Page 4/4 |
|---|---|