EXHIBIT I                                    VERIDEX                                    DOCUMENT

Petrini_2026_06524.pdf | 9.4 MB · SHA-256: 530d1efa0a0029a6...                        [VERIFIED]

327

TUESDAY
March 3, 2026
Biloxi, Mississippi

BE IT REMEMBERED THAT a Regular Meeting of the Mayor and Members of the Council of the City of Biloxi, Mississippi, was held on Tuesday, March 3, 2026, at 6:00 p.m. in the Council Chambers on the second floor of City Hall, 140 Lameuse Street, Biloxi Mississippi, this being the day required by law to hold such meeting. A public notice of the place, date, hour, and subject matter of this meeting was posted within one hour after the meeting was called in a prominent place available to examination and inspection by the general public in the building in which the City Council normally meets. A copy of said notice is hereby made a part of these minutes and is reproduced as follows:

### PUBLIC NOTICE

The City Council of the City of Biloxi, Mississippi will hold its regular meeting on Tuesday, March 3, 2026 at 6:00 p.m., in the Council Chambers on the second floor of City Hall, 140 Lameuse Street, Biloxi Mississippi, to consider any matter lawfully before it and to perform its general Legislative duties on behalf of the City of Biloxi, Mississippi.

THERE WILL BE NO CITY COUNCIL MEETING HELD ON MARCH 10, 2026.

- - - - - - - - - - - - -

Those present were Mayor A.M. Gilich, Jr. and Councilmembers Wayne Gray, Anthony L. Marshall, Mike Nail, Jamie Creel, Paul A. Tisdale, Kenny Glavan and David Shoemaker. Others present were Keri Campbell, Rick Weaver, Peter Abide, Chris DeBack, Nick Geiser, Jerry Creel, Christy LeBatard, Jamie Lee, John Majure, Cecilia Walton, Walt Rode, Rachel Quave, Jane Meynardie, Sarah Ruskey, Jarrod Fusco, Shelly Kendall, Yuri Petrini, Mike Kavanagh, Cobie Martino and members of the News Media.

- - - - - - - - - - - - -

The President then asked if there were any motions regarding the Agenda:

AGENDA
BILOXI CITY COUNCIL MEETING
Tuesday, March 3, 2026
6:00 p.m.
Council Chambers, 2nd floor of City Hall
140 Lameuse Street, Biloxi, Mississippi

INVOCATION

1.    AGENDA ORDER

2.    PRESENTATION AGENDA

A.    Mayor's Report
-- Report to the City Council on the Biloxi Travel Expense Credit Card (to be spread upon the Minutes of this meeting).

B.    Departmental Report
C.    Council's Report

3.    PUBLIC AGENDA

Citizens Comments-(Total allotted time 45 minutes)

EXHIBIT I                    VERIDEX                    DOCUMENT

Petrini_2026_06524.pdf | 9.4 MB · SHA-256: 530d1efa0a0029a6...                    [VERIFIED]

328

March 3, 2026
6:00 p.m.
REGULAR Meeting

4.    POLICY AGENDA

RESOLUTIONS

_____A.    Resolution authorizing entry into a Facility Rental Agreement with
SUBSTITUTE    Mississippi Rural Water Association Inc. and approving a reduction of facility rental fees for the Biloxi Civic
Center on July 20, 2026, July 21, 2026, July 22, 2026, and July 23, 2026 (reduction of $3,500.00).
Introduced by Mayor A.M. Gilich, Jr.
{*-022426DPRSUB} Tabled for one week on February 24, 2026

_____B.    Resolution adjusting compensation for Director of the Fire Department. Introduced by Mayor A.M. Gilich,
Jr.
{*-030326AEXC}

_____C.    Resolution adjusting compensation for Director of the Community Development Department. Introduced by
Mayor A.M. Gilich, Jr.
{*-030326BEXC}

5.    CONSENT AGENDA

_____A.    Resolution amending the Police Department budget for fiscal year ending September 30, 2026, authorizing
use of State drug forfeiture funds for the purchase a forklift, in the amount of $32,000.00. Introduced by
Mayor A.M. Gilich, Jr. {*-030326APD}

_____B.    Resolution authorizing the one source purchase of one new Forklift and the trade-in of one used Forklift
from Burwell Material in the total amount of $32,000.00. Funding: Police Budget via Seized Funds.
Introduced by Mayor A.M. Gilich, Jr.
{*-030326APUR}

_____C.    Resolution authorizing renewal of subscription to Zoom Workplace Pro from Zoom Communications, Inc.
for the use of City of Biloxi Administration Department. Introduced by Mayor A.M. Gilich, Jr.
{*-030326BCON}

_____D.    Resolution authorizing renewal of subscription from Lexipol, LLC for Fire & EMS Learning Platform.
Introduced by Mayor A.M. Gilich, Jr.
{*-030326CCON}

_____E.    Resolution amending the municipal budget for fiscal year ending September 30, 2026, to recognize funds
received from Harrison County and allocate said funds ($140,000.00) into the municipal budget for Capital
Project No. 1125: Point Cadet Marina Phase III. Introduced by Mayor A.M. Gilich, Jr.
{*-030326DCON}

_____F.    Resolution amending the municipal budget for fiscal year ending September 30, 2026, to recognize funds
($605,000.00) received from Harrison County and allocate said funds into the municipal budget for Capital
Project No. 1125: Point Cadet Marina Phase III. Introduced by Mayor A.M. Gilich, Jr.
{*-030326ECON}

_____G.    Resolution accepting and approving Certificate of Substantial Completion to Construction Agreement with
J.E. Talley Construction, Inc. for Capital Project No. 1119: Dredging Project at Brasher Bayou. Introduced
by Mayor A.M. Gilich, Jr.
{*-030326FCON}

_____H.    Resolution authorizing extension of Memorabilia Loan Agreement with Hard Rock Café International (STP),
Inc. Introduced by Mayor A.M. Gilich, Jr.
{*-030326GCON}

_____I.    Resolution accepting Final Estimate from the Mississippi Department of Transportation, authorizing the full
and final settlement of all claims for reimbursement under the Memorandum of Understanding awarding a
grant in connection with Capital Project No. 1100: MGCCC New Entrance. Introduced by Mayor A.M.
Gilich, Jr.
{*-030326HCON}

_____J.    Resolution rescinding Resolution No. 63-26 authorizing repayment of balance received from Mississippi
Gulf Coast Community College in connection with Capital Project No. 1100: MGCCC New Entrance.
Introduced by Mayor A.M. Gilich, Jr.
{*-030326ICON}

_____K.    Resolution authorizing repayment of balance received from Mississippi Gulf Coast Community College in
connection with Capital Project No. 1100: MGCCC New Entrance. Introduced by Mayor A.M. Gilich, Jr.
{*-030326JCON}

_____L.    Resolution authorizing submission of a grant application to Mississippi Humanities for the America 250
Mississippi celebration by the City of Biloxi. Introduced by Mayor A.M. Gilich, Jr.
{*-030326CEXC}

CHAIN OF CUSTODY VERIFIED

March 3, 2026
6:00 p.m.
REGULAR Meeting

329

6.    CODE ENFORCEMENT HEARINGS

_____A.    Mai T. Luong, 1410G-04-040.000/355 Bowen Street  Ward 2
_____B.    Odie Mae Johnson, 1410F-01-043.001/675 Swan Lane  Ward 2
_____C.    Angela R. Juzang, 1110C-01-014.000/417 Alicia Drive  Ward 4
_____D.    Toan B. Huynh, 1410E-01-036.000/339 Caillavet Street  Ward 2
_____E.    Ho Manh Doan, 1410C-03-111.000/391 Main Street  Ward 2
                    30-day extension on January 27, 2026
_____F.    Steps Coalition, 1410G-02-070.000/274 Holley Street  Ward 2
                    30-day extension on February 3, 2026

_____7.    ROUTINE AGENDA (*-030326RTN)

SECTION ONE:  To authorize special assessment to code enforcement action taken to clean the following parcels:

A.    CITY PARCEL NO.:        1109H-01-047.000
      OWNED BY:               Dana Demeter McMeans
      ADDRESS:                1100 Dunaway Drive
                              Mobile, AL 36605
      CONTRACTOR:             Absolute Pressure Roof & Exterior LLC
      RESOLUTION NO.:         843-25
      ASSESSMENT AMOUNT:      $2,165.00

SECTION TWO:  To authorize approval of the claims listed on the docket of claims No. 2026F-01, in the amount of $369,364.47, attached as Exhibit "A" and to authorize the Mayor and/or Municipal Clerk to pay said claims.

SECTION THREE:  The foregoing warrants that are being approved cannot be released until funds have been received by the City of Biloxi and have been deposited into the bank.

Councilmember Creel moved, and Councilmember Tisdale seconded, to suspend the rules to amend the agenda.

The foregoing motion was adopted by the following vote:

            YEAS:     Gray        Tisdale     NAYS:     None
                      Marshall    Glavan
                      Nail        Shoemaker
                      Creel

The President then declared the motion adopted this the 3rd day of March, 2026.

(SEAL)
ATTEST:                                      ADOPTED:
/s/Keri Campbell                             /s/ Kenny Glavan
CLERK OF THE COUNCIL                         PRESIDENT OF THE COUNCIL

The Clerk read the following amendments to the agenda:

AGENDA ORDER
BILOXI CITY COUNCIL MEETING
Tuesday, March 3, 2026
6:00 p.m.

Consent Agenda

ADD 5M:  Resolution authorizing entry into temporary berth rental agreement with American Cruise Lines, Inc.

Councilmember Creel moved and Councilmember Tisdale seconded, to accept the amendments to the agenda.

The foregoing motion was adopted by the following vote:

            YEAS:     Gray        Tisdale     NAYS:     None
                      Marshall    Glavan
                      Nail        Shoemaker
                      Creel

The President then declared the motion adopted this the 3rd day of March, 2026.

(SEAL)
ATTEST:                                      ADOPTED:
/s/Keri Campbell                             /s/ Kenny Glavan
CLERK OF THE COUNCIL                         PRESIDENT OF THE COUNCIL

EXHIBIT I                                    VERIDEX                                    DOCUMENT

Petrini_2026_06524.pdf | 9.4 MB  ·  SHA-256: 530d1efa0a0029a6...                                    [VERIFIED]

330

March 3, 2026
6:00 p.m.
REGULAR Meeting

There being no further motions or changes, the agenda remained, as amended.

- - - - - - - - - - - -

The President then called for the Mayor's Report.  Mayor Gilich presented a report to the City Council on the Biloxi Travel Expense Credit Card, which is spread upon the Minutes of this meeting as follows:

## REQUEST FOR USE OF CITY OF BILOXI
## TRAVEL EXPENSE CREDIT CARD REPORT

| Vendor | Department | Position | Location | Purpose of Travel/Purchase |
|---|---|---|---|---|
| Jamie Creel | Legislative | Councilmember | Jackson, MS | MS Legislative Reception |
| Kenny Glavan | Legislative | Councilmember | Jackson, MS | MML Mid Winter Conference |
| Anthony Marshall | Legislative | Councilmember | Jackson, MS | MML Mid Winter Conference |
| Jamie Creel | Legislative | Councilmember | Jackson, MS | MML Mid Winter Conference |
| Richard Weaver | Administration | CAO | Jackson, MS | MML Mid Winter Conference |
| David Shoemaker | Legislative | Councilmember | Jackson, MS | MML Mid Winter Conference |
| Keri Campbell | Legislative | Clerk of Council | | Mardi Gras drinks |
| Stacy Thacker | Executive | Municipal Clerk | | Mardi Gras supplies |
| Stacy Thacker | Executive | Municipal Clerk | | Mardi Gras refreshments |
| Laurie Rosetti | Executive | Downtown Services Asst | | Mardi Gras food/Walmart |
| Brian Thacker | Parks & Recreation | Parks Superintendent | | Materials from Home Depot |
| Onnie Gazzo | Hospitality Manager | Community Development | | TV's for Visitors Center/Walmart |
| Kay Miller | Executive | Downtown Services Mgr | Louisville, MS | MS Main Street Director's Conference |
| Robyn Stewart | Parks & Recreation | Computer Operator I | | Decorations for Senior MG Event |
| Christopher DeBack | Police | Assistant Chief | Washington, DC | ROCIC Conference |
| Matthew Jablonich | Police | Investigator | | LED Beacons/Amazon |
| Bryant Prior | Police | Investigations | | BW Blue Liquid Gun Cleaner/Walmart |
| April Thompson | Police | Sergeant | | Sewing Supplies/Walmart |
| Grandver Everett | Police | Major | | Online Training |
| Candace Young | Police | Lieutenant | West Palm Beach, FL | CVSA Annual Conference |

- - - - - - - - - - - -

The President then called for Departmental Report.  There were no Departmental Reports.

- - - - - - - - - - - -

The President then called for the Council's Report.

- - - - - - - - - - - -

The President then called for Citizen's Comments.  The following individuals addressed the Council: Sara Ruskey; Shelly Kendall; Jarrod Fusco, resident of 435 Cove Drive; Yuri Petrini-*, resident of 928 Division Street and Mike Kavanagh, resident of 134 St. Jude Street.

*-Yuri Petrini presented documentation to be included in the record. As the document is too voluminous to include in the minutes, it is permanently filed in front of Resolution No. 134-26 in the Clerk of Council's Office.

- - - - - - - - - - - -

Councilmember Creel moved and Councilmember Tisdale seconded that the Council go into closed session for the purpose of examining the necessity to go into executive session to discuss potential litigation with FEMA, litigation in the cases of Petrini, Oscar Renda, Maison and AIRBNB; property rental-McElroy's and Cruise Ship; and personnel matters.

The foregoing motion was adopted by the following vote:

YEAS:    Gray      Tisdale    NAYS:    None
         Marshall  Glavan
         Nail      Shoemaker
         Creel

The President then declared the motion adopted this the 3rd day of March, 2026.

(SEAL)
ATTEST:                                          ADOPTED:
/s/Keri Campbell                                 /s/ Kenny Glavan
CLERK OF THE COUNCIL                             PRESIDENT OF THE COUNCIL

March 3, 2026
6:00 p.m.
REGULAR Meeting

**331**

Councilmember Creel moved and Councilmember Tisdale seconded that the Council reconvene as an open meeting.

The foregoing motion was adopted by the following vote:

| YEAS: | Gray | Tisdale | NAYS: | None |
| | Marshall | Glavan | | |
| | Nail | Shoemaker | | |
| | Creel | | | |

The President then declared the motion adopted this the 3rd day of March, 2026

(SEAL)
ATTEST:                                        ADOPTED:
/s/Keri Campbell                              /s/ Kenny Glavan
CLERK OF THE COUNCIL                          PRESIDENT OF THE COUNCIL

Resolution No. 134-26

WHEREAS, pursuant to Section 25-41-7 of the Mississippi Code of 1972, Annotated, as amended, the City Council may declare an executive session for specific reasons, one of which is for the purpose of discussing potential litigation with FEMA, litigation in the cases of Petrini, Oscar Renda, Maison and AIRBNB; property rental-McElroy's and Cruise Ship; and personnel matters, as contemplated by Section 25-41-7 (4)(a) of the Mississippi Code Annotated, as amended; and

WHEREAS, the Council has determined by a vote meeting the requirements of Section 25-41-7(1) that the necessity for an executive session does exist.

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

That the City Council enter into an executive session for the purpose of discussing potential litigation with FEMA, litigation in the cases of Petrini, Oscar Renda, Maison and AIRBNB; property rental-McElroy's and Cruise Ship; and personnel matters, as contemplated by Section 25-41-7 (4)(a) of the Mississippi Code Annotated, as amended.

The foregoing Resolution having first been reduced to writing, was moved by Councilmember Creel, seconded by Councilmember Tisdale, and was adopted by the following vote:

| YEAS: | Gray | Tisdale | NAYS: | None |
| | Marshall | Glavan | | |
| | Nail | Shoemaker | | |
| | Creel | | | |

The President then declared the Resolution adopted this the 3rd day of March, 2026.

(SEAL)
ATTEST:                                        ADOPTED:
/s/Keri Campbell                              /s/ Kenny Glavan
CLERK OF THE COUNCIL                          PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 6th day of March, 2026.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

Councilmember Creel moved and Councilmember Tisdale seconded that the Council conclude the executive session and reconvene as an open meeting and that no action was taken in Executive Session.

The foregoing motion was adopted by the following vote:

| YEAS: | Gray | Tisdale | NAYS: | None |
| | Marshall | Glavan | | |
| | Nail | Shoemaker | | |
| | Creel | | | |

The President then declared the motion adopted this the 3rd day of March, 2026.

(SEAL)
ATTEST:                                        ADOPTED:
/s/Keri Campbell                              /s/ Kenny Glavan
CLERK OF THE COUNCIL                          PRESIDENT OF THE COUNCIL

- - - - - - - - - - - - - -

| EXHIBIT I | VERIDEX | DOCUMENT |
|---|---|---|
| Petrini_2026_06524.pdf \| 9.4 MB · SHA-256: 530d1efa0a0029a6... | | [VERIFIED] |

332

March 3, 2026
6:00 p.m.
REGULAR Meeting

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following

Resolution, introduced by Mayor A.M. Gilich, Jr.:

RESOLUTION AUTHORIZING ENTRY INTO A FACILITY RENTAL AGREEMENT WITH MISSISSIPPI RURAL WATER ASSOCIATION INC. AND APPROVING A REDUCTION FACILITY RENTAL FEES FOR THE BILOXI CIVIC CENTER ON JULY 20, 2026, JULY 21, 2026, JULY 22, 2026 AND JULY 23, 2026 (REDUCTION OF $3,500.00)

WHEREAS, Mississippi Rural Water Association Inc. ("MRWA") has requested that the City of Biloxi (the "City") provide a reduction of facility rental fees for the Biloxi Civic Center, on July 20, 2026, July 21, 2026, July 22, 2026, and July 23, 2026, for the purpose of hosting its training courses for upcoming water operators to take the Water Operator Certification Test, as detailed in Exhibit "A" attached hereto;

WHEREAS, the rental fee for the Biloxi Civic Center, as established by Section 2-14-3 of the Code of Ordinances, Biloxi, Mississippi of 1992, is Seven Thousand and 00/100 Dollars ($7,000.00), plus a security deposit of One Thousand Five Hundred and 00/100 Dollars ($1,500.00);

WHEREAS, pursuant to §21-17-1(3)(a)(i) of the Mississippi Code of 1972, the City may make an in-kind donation in the form of a reduction in rental fees for "a bona fide not-for-profit civic or eleemosynary corporation organized and existing under the laws of the State of Mississippi and granted tax-exempt status by the Internal Revenue Service";

WHEREAS, MRWA is such a corporation and has provided sufficient proof, collectively attached hereto as Exhibit "B," of its eleemosynary status, that it is organized and existing under the laws of the State of Mississippi, and that it has been granted tax-exempt status by the Internal Revenue Service;

WHEREAS, under the terms and conditions of the Facility Rental Agreement, attached hereto as Exhibit "C," the rental fee is being reduced to Three Thousand Five Hundred and 00/100 Dollars ($3,500.00) and the security deposit is not waived;

WHEREAS, it is the recommendation of A.M. Gilich, Jr., Mayor, that the City grant MRWA the requested reduction of facility rental rates and enter the Facility Rental Agreement.

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, THAT:

SECTION ONE: The findings, conclusions, and statements of fact contained in the foregoing preamble are hereby adopted, ratified, and incorporated herein.

SECTION TWO: It is hereby found and determined that Mississippi Rural Water Association Inc. is a bona fide not-for-profit civic or eleemosynary corporation organized and existing under the laws of the State of Mississippi and granted tax-exempt status by the Internal Revenue Service attached hereto as Exhibit "B."

SECTION THREE: Pursuant to §21-17-1(3)(a)(i) of the Mississippi Code of 1972, it is hereby found and determined that the reduction of facility rental fees for Mississippi Rural Water Association Inc. 's rental of the Biloxi Civic Center, on July 20, 2026, July 21, 2026, July 22, 2026, and July 23, 2026, is appropriate.

SECTION FOUR: The Mayor is authorized, on behalf of the City of Biloxi, to execute the Facility Rental Agreement, attached hereto as Exhibit "C," with Mississippi Rural Water Association Inc.

SECTION FIVE: This resolution shall take effect and be in force from and after adoption.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Creel, seconded by Councilmember Glavan, and failed by the following vote:

| YEAS: | Marshall | NAYS: | Gray | Tisdale |
|---|---|---|---|---|
| | Nail | | Creel | Shoemaker |
| | Glavan | | | |

The President then declared the Resolution failed this the 3rd day of March, 2026.

(SEAL)
ATTEST:
/s/Keri Campbell
CLERK OF THE COUNCIL

FAILED:
/s/ Kenny Glavan
PRESIDENT OF THE COUNCIL

. . . . . . . . . . . . . . .

CHAIN OF CUSTODY VERIFIED

Page 6/6