| EXHIBIT J | VERIDEX | DOCUMENT |
|---|---|---|
| Tisdale_Res482-21_appointment_2021.pdf \| 3.6 MB · SHA-256: 937fb0f79a72b937... | | [VERIFIED] |

July 6, 2021
6:00 p.m.
REGULAR Meeting

Resolution No. 482-21

**RESOLUTION CONFIRMING APPOINTMENT
OF WILLIAM "GIG" TISDALE AS MUNICIPAL COURT JUDGE**

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law; and

WHEREAS, pursuant to Resolution 368-15, 335-17, and 589-20 William "Gig" Tisdale has ably served the City of Biloxi as Municipal Judge since August 1, 2015; and

WHEREAS, the Mayor of the City of Biloxi desires to renew and continue this appointment for the new council term;

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION 1: The appointment by Mayor Andrew "FoFo" Gilich and recognized by the City Council of William "Gig" Tisdale as a qualified and proper person to administer the duties of a full-time Municipal Judge for the City of Biloxi, Mississippi, effective July 6, 2021 is hereby accepted and confirmed, with said court official to serve at the will and pleasure of the governing authority as provided by law and the base rate of compensation for serving in this capacity shall be $34,710.00 per annum, along with all benefits associated with regular part-time employment (average of 30 hours per week), until the resignation from that office by William "Gig" Tisdale or until his removal by the governing authorities of the City of Biloxi, whichever event occurs first.

SECTION 2: This resolution shall be in full force and effect from and after adoption.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Gines, seconded by Councilmember Barrett, and was adopted by the following vote:

| YEAS: | Gines | Glavan | NAYS: | Lawrence |
|---|---|---|---|---|
| | Newman | Barrett | | |
| | Deming | | | |

RECUSED: Tisdale

The President then declared the Resolution adopted this the 6th day of July, 2021.

(SEAL)
ATTEST:                                          ADOPTED:
/s/Keri Campbell                                 /s/ Paul A. Tisdale
CLERK OF THE COUNCIL                             PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 12th day of July, 2021.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 483-21

**RESOLUTION CONFIRMING APPOINTMENT
OF JAMES C. STEELE AS MUNICIPAL COURT JUDGE**

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law; and

WHEREAS, pursuant to Resolution 635-15, 336-17, and 589-20 James C. Steele has ably served the City of Biloxi as Municipal Judge since January 1, 2016; and

WHEREAS, the Mayor of the City of Biloxi desires to renew and continue this appointment for the new council term;

NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION 1: The appointment by Mayor Andrew "FoFo" Gilich and recognized by the City Council of James C. Steele as a qualified and proper person to administer the duties of a full-time Municipal Judge for the City of Biloxi, Mississippi, effective July 6, 2021 is hereby accepted and confirmed, with said court official to serve at the will and pleasure of the governing authority as provided by law and the base rate of compensation for serving in this capacity shall be $34,710.00 per annum, along with all benefits associated with regular part-time employment (average of 30 hours per week), until the resignation from that office by James C. Steele or until his removal by the governing authorities of the City of Biloxi, whichever event occurs first.

EXHIBIT J                         VERIDEX                       DOCUMENT

Tisdale_Res482-21_appointment_2021.pdf | 3.6 MB · SHA-256: 937fb0f79a72b937...     [VERIFIED]

July 6, 2021
6:00 p.m.
REGULAR Meeting

**71**

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Gines, seconded by Councilmember Barrett, and was adopted by the following vote:

YEAS:    Gines    Tisdale    NAYS:    Lawrence
            Newman    Glavan
            Deming    Barrett

The President then declared the Resolution adopted this the 6th day of July, 2021.

(SEAL)
ATTEST:                                ADOPTED:
/s/Keri Campbell                    /s/ Paul A. Tisdale
CLERK OF THE COUNCIL           PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 12th day of July, 2021.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - - -

There came on for consideration before the Members of the Council of the City of Biloxi, Mississippi, the following Resolution, introduced by Mayor A.M. Gilich, Jr.:

Resolution No. 484-21

RESOLUTION CONFIRMING APPOINTMENT
OF APRYL L. READY AS MUNICIPAL COURT JUDGE

WHEREAS, Section 21-23-3 of the Mississippi Code of 1972, provides that the governing authorities of the City of Biloxi shall appoint a municipal judge who shall be a qualified elector of Harrison County and shall be an attorney at law; and

WHEREAS, pursuant to Resolution 635-19, Apryl L. Ready has ably served the City of Biloxi as Municipal Judge since October 15, 2019; and

WHEREAS, the Mayor of the City of Biloxi desires to renew and continue this appointment for the new council term;

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF BILOXI, MISSISSIPPI, AS FOLLOWS:

SECTION 1: The appointment by Mayor Andrew "FoFo" Gilich and recognized by the City Council of Apryl L. Ready as a qualified and proper person to administer the duties of a part-time Municipal Judge for the City of Biloxi, Mississippi, effective July 6, 2021 is hereby accepted and confirmed, with said court official to serve at the will and pleasure of the governing authority as provided by law and the base rate of Compensation for services rendered shall be set at $140.00 per hour, on an as needed basis, payable upon presentation of an Invoice subject to approval by the Director of the Legal Department and approval on the City's Docket of Claims, until the resignation from that office by Apryl L. Ready or until her removal by the governing authorities of the City of Biloxi, whichever event occurs first.

The foregoing Resolution having first been reduced to writing, was read by the Clerk and moved by Councilmember Gines, seconded by Councilmember Barrett, and was adopted by the following vote:

YEAS:    Gines    Tisdale    NAYS:    Lawrence
            Newman    Glavan
            Deming    Barrett

The President then declared the Resolution adopted this the 6th day of July, 2021.

(SEAL)
ATTEST:                                ADOPTED:
/s/Keri Campbell                    /s/ Paul A. Tisdale
CLERK OF THE COUNCIL            PRESIDENT OF THE COUNCIL

Submitted to and approved by the Mayor, this the 12th day of July, 2021.

APPROVED:
/s/A.M. Gilich, Jr.
MAYOR

- - - - - - - - - - - - - -

CHAIN OF CUSTODY VERIFIED                       Page 2/2