| EXHIBIT K | VERIDEX | DOCUMENT |
|---|---|---|
| DECLARATION_Lizbeth_Fusco.pdf | 4.5 KB · SHA-256: e1b929be3befee33... | | [VERIFIED] |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

YURI PETRINI and
JARROD LEWIS FUSCO,
    **Plaintiffs,**
v.
KENNY GLAVAN, ET AL.,
    **Defendants.**

Civil Action No. 1:26-cv-00094-LG-RPM

## DECLARATION OF LIZBETH FUSCO

**Concerning the May 5, 2026 Telephone Call from a Harrison County Jail Employee During the Detention and Attempted Release of Jarrod Lewis Fusco**

I, Lizbeth Fusco, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct of my own personal knowledge:

1. I am over the age of twenty-one (21) years and am competent to make this Declaration. I am the wife of Plaintiff Jarrod Lewis Fusco. The facts stated herein are within my own personal knowledge.

2. On Tuesday, May 5, 2026, my husband, Jarrod Lewis Fusco, was taken into custody and held at the Harrison County Adult Detention Center. I was aware that he was in custody because I was, at that time, in the process of bonding him out and arranging for his release.

3. At approximately 5:26 p.m. on May 5, 2026, while I was in the process of arranging my husband's release, I received a telephone call concerning him. At the time of the call I was in an automobile, accompanied by our neighbor, Will Rogers. Mr. Rogers was present with me, heard the call, and also spoke with the caller.

4. The caller identified himself as an employee of the Harrison County jail (the Harrison County Adult Detention Center). He did not, however, state his name.

5. The caller told me that my husband had "agreed" to wear an ankle monitor as a condition of his release. That statement was false. My husband had not agreed to wear an ankle monitor, as he later confirmed to me.

1

EXHIBIT K                                    VERIDEX                                    DOCUMENT

DECLARATION_Lizbeth_Fusco.pdf | 4.5 KB  ·  SHA-256: e1b929be3befee33...                    [VERIFIED]

6. The caller further stated that an additional sum of money, over and above the $1,000 bond, would be required for my husband's release. The caller did not state a firm amount, indicating instead that the exact amount would be disclosed in person; the caller nonetheless conveyed the additional sum as being approximately seven hundred dollars ($700).

7. At no point during the call did the caller place me in contact with any attorney, and to my knowledge no judge had ordered that my husband wear an ankle monitor or pay any additional sum as a condition of his release.

8. My husband was, at the time of this call, in the custody of the Harrison County Adult Detention Center and, as I later learned, had been denied any telephone access during his confinement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this **05** day of **June**, 2026.

_LIZBETH FUSCO_

2

CHAIN OF CUSTODY VERIFIED                                    Page 2/2

VERIDEX PAGE 37 OF 37