

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**
**JUN 11 2026**
ARTHUR JOHNSTON
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

YURI PETRINI and
JARROD LEWIS FUSCO,
    **Plaintiffs,**
v.

Civil Action No. 1:26-cv-00094-LG-RPM

KENNY GLAVAN, individually, et al.,
    **Defendants.**

## PLAINTIFFS' RESPONSE TO DEFENDANT TARA RAMAGE'S MOTION FOR EXTENSION OF TIME (ECF 72)

1. Defendant Ramage, newly named in the First Amended Complaint (ECF 18), moves for thirty days — through July 11, 2026 — to respond, counsel having been retained June 9, 2026. ECF 72 ¶¶ 1, 3–4. Plaintiffs do not oppose an extension, and they say so on the record.

2. Defendant Ramage did what this case's posture invites every defendant to do: she retained her own lawyer — one client, one counsel, one undivided set of duties. No waivers to procure; no co-defendants' interests to reconcile; no disqualification motion waiting at the threshold. Plaintiffs congratulate her on procuring conflict-free counsel, and they mean the compliment. [1]

3. As to the measure, Plaintiffs propose the Rules' own: served this very day, Defendant Ramage would have twenty-one days to respond as of right. Fed. R. Civ. P. 12(a)(1)(A)(i). Plaintiffs accordingly agree to twenty-one days from her current deadline — through and including **July 2, 2026**. [2]

**WHEREFORE**, Plaintiffs respectfully request that this Court **GRANT** the Motion (ECF 72) **in part, extending** Defendant Ramage's time to respond through and including **July 2, 2026**.

---

[1] The contrast writes itself. Plaintiffs' pending Motion to Disqualify (ECF 36) addresses one attorney's simultaneous representation of three differently-situated defendants — a county, a sitting municipal judge, and a private lawyer. Defendant Ramage demonstrated in two days what that Motion argues at length: conflict-free counsel is neither scarce nor burdensome. It is one retainer away.

[2] This places newly retained counsel in the position of counsel freshly served. The Motion represents it is brought for no improper purpose and to cause no undue delay, ECF 72 ¶ 5; Plaintiffs seek the merits, not advantage by calendar, and take counsel at his word.

Respectfully submitted this 11 day of ⎽⎽⎽June⎽⎽⎽, 2026.

/s/ Yuri Petrini
YURI PETRINI
Plaintiff, Pro Se
929 Division Street
Biloxi, MS 39530
Telephone: (305) 504-1323
Email: contact@peoplevsbiloxi.com
Email: yvpetrin@my.loyno.edu

/s/ Jarrod Lewis Fusco
JARROD LEWIS FUSCO
Plaintiff, Pro Se
435 Cove Drive
Biloxi, MS 39531
Telephone: (702) 375-8926
Email: publicaffairs@biloxipolitics.com

## CERTIFICATE OF SERVICE

(Pursuant to Fed. R. Civ. P. 5; see L.U.Civ.R. Form 2(e))

I hereby certify that on the 11 day of ⎽⎽⎽June⎽⎽⎽, 2026, I filed the foregoing with the Clerk of Court, and that service upon all Defendants who have appeared in this action will be accomplished through the CM/ECF system pursuant to Fed. R. Civ. P. 5(b)(2)(E).

/s/ Yuri Petrini

/s/ Jarrod Lewis Fusco