IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

YURI PETRINI                                                    PLAINTIFF
And JARROD LEWIS FUSCO
v.                                          Civil Action No. 1:26-cv-00094-LG-RPM

KENNY GLAVAN, ET AL                                            DEFENDANT

APRYL READY'S RESPONSE TO MOTION FOR LEAVE TO FILE SUR REPLY

COMES NOW, Defendant, APRYL READY, a duly appointed Municipal Court Judge,

by and through her attorneys of record, TIM C. HOLLEMAN Of BOYCE HOLLEMAN &

ASSOCIATES files this her RESPONSE TO MOTION FOR LEAVE TO FILE SUR REPLY

states as follows:

I.

Plaintiffs unsurprisingly take liberties with the rules by filing a Motion for Leave to

File Sur reply (DKT#75) and then immediately filing the Surrebuttal Brief (DKT#76) without

permission of the Court.  Apparently Petrini is trying to avoid what occurred in his last attempt

to file at a Sur reply (See 26cv00069 DKT#11, 12 and 13) which was promptly denied without

having his Sur reply brief reaching the docket.  This time the Plaintiffs just brazenly filed it

without permission.   Amazing disregard for the rules yet again.

II.

Since the Sur reply Brief has already been filed (DKT#75) in the record, the Defendant,

Ready, submits it should be either stricken from the record or if allowed, then the Defendant,

Ready should be permitted a short response, not more than 10 pages.

WHEREFORE, PREMISES CONSIDERED, Defendant, Ready, submits, since the Sur

reply Brief has already been filed (DKT#75) in the record, the Defendant, Ready, submits it

1

should be either stricken from the record or if allowed, then the Defendant, Ready should be

permitted a short response, not more than 10 pages.

Respectfully submitted this the 18th of June 2026.

Apryl Lee Ready, DEFENDANT

BY AND THROUGH HER
ATTORNEYS OF RECORD

BOYCE HOLLEMAN & ASSOCIATES

BY: _s/ Tim C. Holleman_____

Tim C. Holleman (MS Bar #2526)
Patrick T. Guild (MS Bar#103739)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
Email: tim@boyceholleman.com

CERTIFICATE OF SERVICE

I do hereby certify that I have filed the above and foregoing pleading utilizing the ECF system a true and correct copy of the foregoing document and have mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing pleading to the Pro Se Plaintiff at his mailing address as follows:

> Yuri Petrini
> 929 Division Street
> Biloxi, MS 39530
> Email: yuri@megalopolisms.com
>
> Jarrod Lewis Fusco
> 435 Cove Dr
> Biloxi, MS 39531
> Email: milesapartjf@gmail.com

This the 18th of June 2026.

s/ Tim C. Holleman

Tim C. Holleman (MS Bar #2526)
Patrick T. Guild (MS Bar#103739)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
Email: tim@boyceholleman.com