IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

YURI PETRINI & JARROD LEWIS FUSCO                                    PLAINTIFFS

VERSUS                                                   CAUSE NO.   1:26cv94-LG-RPM

KENNY GLAVAN, ET AL                                                  DEFENDANTS

### ENTRY OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT, ROBERT G. HARENSKI

COMES NOW, Attorney Robert G. Harenski, and enters his appearance on behalf of

Defendant Robert G. Harenski.

RESPECTFULLY SUBMITTED, this the 19th day of June, 2026.

By:      /s/ *Robert G. Harenski*
Robert G. Harenski, MSB #10037
Attorney for ROBERT G. HARENSKI

### CERTIFICATE OF SERVICE

I, Robert G. Harenski, do hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF System, which sent notification of such filing to all Counsel of record.  I have also mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing pleading to the Pro Se Plaintiffs at their mailing addresses as follows:

Yuri Petrini                    Jarrod Fusco             Sam Poulos and Joanne Poulos
929 Division Street             435 Cove Drive           831 Jackson Street
Biloxi, MS 39530                Biloxi, MS 39531         Biloxi, MS  39530

SO CERTIFIED, this the 19th day of June, 2026.

By:      /s/ Robert G. Harenski
Robert G. Harenski, MSB #10037
Attorney for ROBERT G. HARENSKI

Prepared By:
Robert G. Harenski, MSB #10037
Attorney at Law
296 Beauvoir Road
Suite 100-162
Biloxi, MS  39531
Ph.:  228-669-9700