# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**YURI PETRINI and
JERROD LEWIS FUSCO**                                                       **PLAINTIFFS**
**v.**                                              **CAUSE NO. 1:26-CV-94-LG-RPM**

**KENNY GLAVAN, et al.**                                                   **DEFENDANTS**

### <u>ORDER OF REFERENCE PURSUANT TO 28 U.S.C. 636(b)(1)(B)</u>

Pending before the Court are the Motions of the Defendant, Harrison County, Mississippi, [32] to Dismiss Count XXX of the Amended Complaint and Motion [81] for Sanctions.

The Federal Magistrates Act, 28 U.S.C. § 636, provides that a district judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except certain specified dispositive motions.  *See* 28 U.S.C. 636(b)(1)(A).[1]  A district judge is also permitted to designate a magistrate judge to submit to a judge of the court proposed findings of fact and recommendations for the disposition of any excepted motions.  *See* 28 U.S.C. 636(b)(1)(B).[2]

---

[1] A judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. 28 U.S.C. 636(b)(1)(A).

[2] A judge may also designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion excepted in subparagraph (A), of applications for posttrial relief made by

**IT IS THEREFORE ORDERED AND ADJUDGED,** that pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Robert Myers is hereby designated to conduct hearings, including evidentiary hearings, and to submit to the assigned district judge proposed findings of fact and recommendations for the disposition, of the pending Motion [32] to Dismiss Count XXX of the Amended Complaint and pending Motion [81 for Sanctions, filed by the Defendant, Harrison County, Mississippi, in the above styled and number cause.

**IT IS FURTHER ORDERED AND ADJUDGED,** that pursuant to 28 U.S.C. § 636(b)(1)(C) the magistrate judge shall file his proposed findings and recommendations with the court and a copy shall forthwith be mailed to all parties. Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.

**SO ORDERED AND ADJUDGED** this the 26th day of June, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

---

individuals convicted of criminal offenses and of prisoner petitions challenging conditions of confinement.
28 U.S.C.A. § 636(b)(1)(B).