

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

**JUL -2 2026**

ARTHUR JOHNSTON
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

YURI PETRINI and
JARROD LEWIS FUSCO,
    **Plaintiffs,**

v.

KENNY GLAVAN, ET AL.,
    **Defendants.**

Civil Action No. 1:26-cv-00094-LG-RPM

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT HARRISON COUNTY'S MOTION TO STRIKE EXHIBIT F (DKT #77)

Plaintiffs Yuri Petrini and Jarrod Lewis Fusco respectfully submit this Response in Opposition to the Motion to Strike Exhibit F (DKT #77) filed by Defendant Harrison County through counsel Tim C. Holleman, and state:

1. The Motion asks this Court to strike a sworn declaration under Federal Rule of Civil Procedure 12(f) — the only rule its supporting Brief invokes (DKT #78 n.3). Rule 12(f) authorizes striking matter only "from a pleading," and a declaration submitted with a reply memorandum is not a pleading under Rule 7(a). This Court stated the governing standard in this very case nineteen days before the Motion was filed, denying the last motion to strike this movant joined. Text Order, May 29, 2026.

2. The Motion's remaining grounds fare no better. The Declaration is rebuttal evidence responding to Defendant's own Opposition (ECF 69), on a subject Plaintiff documented in writing to defense counsel's own client more than seven months earlier; the charge that it is "demonstrably false" rests on competing sworn statements from four aligned counsel — the textbook definition of a disputed fact going to weight, not admissibility; and the Declaration expressly disclaims, in terms, the attack on the Court that the Motion attributes to it (Ex. F ¶ 9).

3. This Response is supported by a Memorandum in Support filed herewith; by the **Supplemental Declaration of Yuri Petrini** and the **Declaration of Jarrod Lewis Fusco**, each executed under penalty of perjury pursuant to 28 U.S.C. § 1746 and filed herewith; and by **Exhibits A through H** filed herewith:

1

(a) **Exhibit A** — the June 24–25, 2026 "Statements about Judge Guirola" email exchange, in which counsel wrote that Plaintiffs "may attach [his] email to whatever [they] intend to file";

(b) **Exhibit B** — counsel Holleman's June 25 and June 26, 2026 emails to the Mississippi Attorney General's Public Integrity Division;

(c) **Exhibit C** — counsel Holleman's June 27–28, 2026 email responding to a press request for comment, copying two judges' chambers of this Court;

(d) **Exhibit D** — the July 1, 2026 "Notice and opportunity to respond before docketing" exchange; and

(e) **Exhibit E** — the June 24, 2026 quo warranto transmittal emails (recipient headers);

(f) **Exhibit F** — Plaintiff Petrini's September 30, 2025 same-day written summary of the Harenski conferral;

(g) **Exhibit G** — Plaintiff Petrini's September 30, 2025 same-day written summary of the Harris conferral;

(h) **Exhibit H** — counsel's June 18, 2026 letter regarding 1606 Beach Boulevard.

**WHEREFORE,** for the reasons stated in the accompanying Memorandum, Plaintiffs respectfully request that this Court **DENY** Defendant's Motion to Strike Exhibit F (DKT #77) in its entirety, **DENY** the alternative request to disregard Exhibit F, and grant such other relief as the Court deems just.

A Memorandum of Law in Support is filed herewith.

2

Respectfully submitted this ___2___ day of ___July___, 2026.

/s/ Yuri Petrini

YURI PETRINI
Plaintiff, Pro Se
929 Division Street
Biloxi, MS 39530
Telephone: (305) 504-1323
Email: contact@peoplevsbiloxi.com
Email: yvpetrin@my.loyno.edu

/s/ Jarrod Lewis Fusco

JARROD LEWIS FUSCO
Plaintiff, Pro Se
435 Cove Drive
Biloxi, MS 39531
Telephone: (702) 375-8926
Email: publicaffairs@biloxipolitics.com

## CERTIFICATE OF SERVICE
(Pursuant to Fed. R. Civ. P. 5; see L.U.Civ.R. Form 2(e))

I hereby certify that on the ___2___ day of ___July___, 2026, I filed the foregoing with the Clerk of Court, and that service upon all Defendants who have appeared in this action will be accomplished through the CM/ECF system pursuant to Fed. R. Civ. P. 5(b)(2)(E).

/s/ Jarrod Lewis Fusco

/s/ Yuri Petrini

3