

**DIGITAL EVIDENCE MANAGEMENT SYSTEM v4.2.1**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**Evidence Report**

Case No. 1:26-cv-00094-LG-RPM

## PLAINTIFFS' EXHIBITS A-H — RESPONSE IN OPPOSITION TO MOTION TO STRIKE EXHIBIT F (DKT #77)

| | | | |
|---|---|---|---|
| **Report ID:** | VDX-2026-0702-001 | **Generated:** | July 02, 2026 at 15:44 |
| **Plaintiff:** | Pro Se Litigant | **Defendants:** | Unknown |
| **Exhibits:** | EXHIBIT A - EXHIBIT H | **Hash Alg:** | SHA-256 (FIPS 180-4) |

### CONFIDENTIAL – LITIGATION SENSITIVE
Protected under FRCP 26(b)(3) as attorney work product. Evidence integrity verified via SHA-256. Origin authenticated via DKIM/SPF. Unauthorized disclosure prohibited.

### PERSONNEL

| | | | |
|---|---|---|---|
| **Examiner:** | Litigant, Pro Se | **Access Level:** | VDX-ALPHA |
| **Credential:** | 0010101 (Primary Evidence Custodian) | **Privilege:** | UNRESTRICTED |

### CONTROL

| | | | |
|---|---|---|---|
| **Controlled by:** | VERIDEX SYSTEM | **Category:** | LIT-EVID |
| **Dissemination:** | FRCP 26(a) PARTIES | **Authority:** | FRCP 26(g) |



SCAN TO VERIFY

## EXHIBIT PACKAGE
*All exhibits herein incorporated*

Pursuant to Fed. R. Civ. P. 10(c)

FRCP 56(c)(1)(A) & FRE 1006 where applicable

# INDEX OF EXHIBITS

Case No. 1:26-cv-00094-LG-RPM

| Exhibit | Description | Pages |
|---|---|---|
| **EXHIBIT A** | June 24-25, 2026 'Statements about Judge Guirola' email exchange | 13 |
| **EXHIBIT B** | Holleman June 25-26, 2026 emails to the Mississippi Attorney General | 11 |
| **EXHIBIT C** | June 27-28, 2026 press request and Holleman reply copying two judges' chambers | 6 |
| **EXHIBIT D** | July 1, 2026 notice and opportunity to respond before docketing, with responses | 9 |
| **EXHIBIT E** | June 24, 2026 quo warranto transmittal emails (recipient headers) | 2 |
| **EXHIBIT F** | September 30, 2025 same-day written summary of the Harenski conferral | 2 |
| **EXHIBIT G** | September 30, 2025 same-day written summary of the Harris conferral | 1 |
| **EXHIBIT H** | Counsel's June 18, 2026 letter regarding 1606 Beach Boulevard | 1 |

**Total:** 8 exhibits, 45 pages