trim_exA.pdf | 247.6 KB · SHA-256: 7c600ee3f3b783a7...    [VERIFIED]

## EXHIBIT A    1:26-cv-00094-LG-RPM

**Date:** Wed, 24 Jun 2026 09:14:39 -0500    **Msg-ID:** <CAHJ0Yw=epYHLMDtuyrb72XFO8z...

**From:** Yuri Petrini (Yuri Petrini (PLAINTIFF))

**To:** Michael Whitehead (Michael Whitehead (City Planner - PMP)), Jarrod Lewis Fusco ,
Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), "Joseph H. Ros" (J. Henry
Ros (DEFENSE COUNSEL)), Tim Holleman (Tim Holleman (DEFENSE COUNSEL))

**Subject:** Statements about Judge Guirola

**Thread:** 19ef9f43cf876276    **Labels:** SENT

**Attach:** None

### INTEGRITY & ORIGIN VERIFICATION

**DKIM:** ■ N/A    **SPF:** ■ N/A

**SHA-256:** 9fd7079d3f247f19ec9c1d4c...    **Custodian:** 0010101

### MESSAGE BODY

Dear Mr. Whitehead,

I hope you are having a pleasant and productive week

I am writing as a matter of fairness and professional courtesy before I
reference certain statements you made to me in our prior interactions.

On more than one occasion, you spoke with me about your own experience
litigating before District Judge Louis Guirola, Jr. In substance, and as I
recall them, your remarks included
that the Judge "rules against [you] all the time," and — in reference to
the matter then being discussed — words to the effect that "you will lose
this one," which I understood as
anticipating the outcome of a forthcoming ruling from judge Guirola to
you, as to your performance per se in that case in specific, which you
recommended me checking the docket as an example of adverse rulings against
you from Hon. Guirola.

It is my understanding that these communications were ex-parte?

Otherwise please reference where it can be obtained or any record of said
interaction by transcript or otherwise?

In this specific case I'm talking about the statement made at March 31,
2028 at circa 8:25am at the gps location 30.402936, -88.893901,
intersection of division and bohn street at lee super market parking lot

I intend to reference these statements in pending and future filings,
where they may be quoted and become part of the record. Before I do so, I
want to give you a full and fair
opportunity to provide any context, clarification, or correction you
believe appropriate — including your own account of what you meant, the
circumstances in which you said it, or

1:26-cv-00094-LG-RPM    Page 5

anything you believe I have misremembered or misunderstood.

If you would like to add context or explain your meaning in your own words, please respond in writing. I will include whatever explanation you provide alongside my account. If I do not hear back from you, I will rely on my recollection as stated above and will note that you were given this opportunity to respond.

I am raising this with you directly, rather than characterizing your words without notice, precisely so that your perspective is preserved on the record beside mine.

Thank you sir.

PS. I still do not have a certificate of occupancy

Dear Mr. Whitehead,I hope you are having a pleasant and productive weekI am writing as a matter of fairness and professional courtesy before I reference certain statements you made to me in our prior interactions. On more than one occasion, you spoke with me about your own experience litigating before District Judge Louis Guirola, Jr. In substance, and as I recall them, your remarks included that the Judge "rules against [you] all the time," and — in reference to the matter then being discussed — words to the effect that "you will lose this one," which I understood as anticipating the outcome of a forthcoming ruling from judge Guirola to you, as to your performance per se in that case in specific, which you recommended me checking the docket as an example of adverse rulings against you from Hon. Guirola.It is my understanding that these communications were ex-parte? Otherwise please reference where it can be obtained or any record of said interaction by transcript or otherwise?In this specific case I'm talking about the statement made at March 31, 2028 at circa 8:25am at the gps location 30.402936, -88.893901, intersection of division and bohn street at lee super market parking lot I intend to reference these statements in pending and future filings, where they may be quoted and become part of the record. Before I do so, I want to give you a full and fair opportunity to provide any context, clarification, or correction you believe appropriate — including your own account of what you meant, the circumstances in which you said it, or anything you believe I have misremembered or misunderstood. If you would like to add context or explain your meaning in your own words, please respond in writing. I will include whatever explanation you provide alongside my account. If I do not hear back from you, I will rely on my recollection as stated above and will note that you were given this opportunity to respond. I am raising this with you directly, rather than characterizing your words without notice, precisely so that your perspective is preserved on the record beside mine.Thank you sir. PS. I still do not have a certificate of occupancy

VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101

| EXHIBIT A | VERIDEX | DOCUMENT |
|---|---|---|
| trim_exA.pdf \| 247.6 KB · SHA-256: 7c600ee3f3b783a7... | | [VERIFIED] |

## EXHIBIT A                                                     1:26-cv-00094-LG-RPM

**Date:** Wed, 24 Jun 2026 15:19:49 +0000        **Msg-ID:** <DM3PPFE0AF176C3BC04D546F54B...

**From:** Michael Whitehead (Michael Whitehead (City Planner - PMP))

**To:** Yuri Petrini (Yuri Petrini (PLAINTIFF)), Jarrod Lewis Fusco , Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Tim Holleman (Tim Holleman (DEFENSE COUNSEL))

**CC:** Lisa Varnado

**Subject:** RE: Statements about Judge Guirola

**Thread:** 19ef9f43cf876276          **Labels:** IMPORTANT, CATEGORY_PERSO...

**Attach:** None

### INTEGRITY & ORIGIN VERIFICATION

**DKIM:** ■ N/A                          **SPF:** ■ N/A

**SHA-256:** 226fbcfc92f0c8723ef869e5...    **Custodian:** 0010101

### MESSAGE BODY

Mr. Petrini:

Your comments are non-sensical, false, and I don't intend to justify your assertions by any other response. I do warn you sanctions will be sought if you make false claims.

From: Yuri Petrini <yuri@megalopolisms.com>
Sent: Wednesday, June 24, 2026 9:15 AM
To: Michael Whitehead <Michael.Whitehead@pmp.org>; Jarrod Lewis Fusco <Milesapartjf@gmail.com>; Zachary Cruthirds <zcruthirds@curriejohnson.com>; Joseph H. Ros <hros@curriejohnson.com>; Tim Holleman <tim@boyceholleman.com>
Subject: Statements about Judge Guirola

Dear Mr. Whitehead,

I hope you are having a pleasant and productive week

I am writing as a matter of fairness and professional courtesy before I reference certain statements you made to me in our prior interactions.

On more than one occasion, you spoke with me about your own experience litigating before District Judge Louis Guirola, Jr. In substance, and as I recall them, your remarks included that the Judge "rules against [you] all the time," and - in reference to the matter then being discussed - words to the effect that "you will lose this one," which I understood as anticipating the outcome of a forthcoming ruling from judge Guirola to you, as to your performance per se in that case in specific, which you recommended me checking the docket as an example of adverse rulings against you from Hon. Guirola.

It is my understanding that these communications were ex-parte?

1:26-cv-00094-LG-RPM                        Page 7

| EXHIBIT A | VERIDEX | DOCUMENT |
|---|---|---|
| trim_exA.pdf | 247.6 KB · SHA-256: 7c600ee3f3b783a7... | | [VERIFIED] |

Otherwise please reference where it can be obtained or any record of said interaction by transcript or otherwise?

In this specific case I'm talking about the statement made at March 31, 2028 at circa 8:25am at the gps location 30.402936, -88.893901, intersection of division and bohn street at lee super market parking lot

I intend to reference these statements in pending and future filings, where they may be quoted and become part of the record. Before I do so, I want to give you a full and fair opportunity to provide any context, clarification, or correction you believe appropriate - including your own account of what you meant, the circumstances in which you said it, or
anything you believe I have misremembered or misunderstood.

If you would like to add context or explain your meaning in your own words, please respond in writing. I will include whatever explanation you provide alongside my account. If I do not
hear back from you, I will rely on my recollection as stated above and will note that you were given this opportunity to respond.

I am raising this with you directly, rather than characterizing your words without notice, precisely so that your perspective is preserved on the record beside mine.

Thank you sir.

PS. I still do not have a certificate of occupancy

Mr. Petrini:                    Your comments are non-sensical, false, and I don't intend to justify your assertions by any other response. I do warn you sanctions will be sought if you make false claims.    From: Yuri Petrini <yuri@megalopolisms.com> Sent: Wednesday, June 24, 2026 9:15 AM To: Michael Whitehead <Michael.Whitehead@pmp.org>; Jarrod Lewis Fusco <Milesapartjf@gmail.com>; Zachary Cruthirds <zcruthirds@curriejohnson.com>; Joseph H. Ros <hros@curriejohnson.com>; Tim Holleman <tim@boyceholleman.com> Subject: Statements about Judge Guirola    Dear Mr. Whitehead, I hope you are having a pleasant and productive week I am writing as a matter of fairness and professional courtesy before I reference certain statements you made to me in our prior interactions.    On more than one occasion, you spoke with me about your own experience litigating before District Judge Louis Guirola, Jr. In substance, and as I recall them, your remarks included    that the Judge "rules against [you] all the time," and — in reference to the matter then being discussed — words to the effect that "you will lose this one," which I understood as    anticipating the outcome of a forthcoming ruling from judge Guirola to you, as to your performance per se in that case in specific, which you recommended me checking the docket as an example of adverse rulings against you from Hon. Guirola. It is my understanding that these communications were ex-parte?  Otherwise please reference where it can be obtained or any record of said interaction by transcript or otherwise? In this specific case I'm talking about the statement made at March 31, 2028 at circa 8:25am at the gps location 30.402936, -88.893901, intersection of division and bohn street at lee super market parking lot    I intend to reference these statements in pending and future filings, where they may be quoted and become part of the record. Before I do so, I want to give you a full and fair    opportunity to provide any context, clarification, or correction you believe appropriate — including your own account of what you meant, the circumstances in which you said it, or    anything you believe I have misremembered or misunderstood.    If you would like to add context or explain your meaning in your own words, please respond in writing. I will include whatever explanation you provide alongside my account. If I do not    hear back from you, I will rely on my recollection as stated above and will note

CHAIN OF CUSTODY VERIFIED

trim_exA.pdf | 247.6 KB  ·  SHA-256: 7c600ee3f3b783a7...

[VERIFIED]

that you were given this opportunity to respond.   I am raising this with you directly, rather than characterizing your words without notice, precisely so that your perspective is preserved on the record beside mine. Thank you sir.  PS. I still do not have a certificate of occupancy

VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101

| EXHIBIT A | VERIDEX | DOCUMENT |
|---|---|---|
| trim_exA.pdf \| 247.6 KB · SHA-256: 7c600ee3f3b783a7... | | [VERIFIED] |

## EXHIBIT A                                          1:26-cv-00094-LG-RPM

**Date:** Wed, 24 Jun 2026 10:25:11 -0500    **Msg-ID:** <CAHJ0YwmrFTNFbeueUNq8dcFNb8...

**From:** Yuri Petrini (Yuri Petrini (PLAINTIFF))

**To:** Michael Whitehead (Michael Whitehead (City Planner - PMP))

**CC:** Jarrod Lewis Fusco , Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Tim Holleman (Tim Holleman (DEFENSE COUNSEL)), Lisa Varnado

**Subject:** Re: Statements about Judge Guirola

**Thread:** 19ef9f43cf876276    **Labels:** SENT

**Attach:** None

### INTEGRITY & ORIGIN VERIFICATION

| DKIM: ■ N/A | SPF: ■ N/A |
|---|---|
| SHA-256: 2bfd73377ee95ff35eb3418f... | Custodian: 0010101 |

### MESSAGE BODY

Dear Whitehead;

I take note of your strong feelings towards my "comments"

While that is your right, you have not answered my question,

Do you deny that you said that?

Please if that is the case, say so in no ambiguous manner, for the record

Thanks your for time dear Sir. always a previlege working with your office

**VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101**

1:26-cv-00094-LG-RPM                          Page 10

| EXHIBIT A | VERIDEX | DOCUMENT |
|---|---|---|
| trim_exA.pdf | 247.6 KB · SHA-256: 7c600ee3f3b783a7... | | [VERIFIED] |

## EXHIBIT A                                                1:26-cv-00094-LG-RPM

**Date:** Thu, 25 Jun 2026 12:34:10 -0500       **Msg-ID:** <CAHJ0Ywm9zVLOMfbAychdE8Zcfe...

**From:** Yuri Petrini (Yuri Petrini (PLAINTIFF))

**To:** Michael Whitehead (Michael Whitehead (City Planner - PMP))

**CC:** Jarrod Lewis Fusco , Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Tim Holleman (Tim Holleman (DEFENSE COUNSEL)), Lisa Varnado

**Subject:** Re: Statements about Judge Guirola

**Thread:** 19ef9f43cf876276       **Labels:** SENT

**Attach:** None

### INTEGRITY & ORIGIN VERIFICATION

| **DKIM:** ■ N/A | **SPF:** ■ N/A |
|---|---|
| **SHA-256:** a947f364fa62f38a7db92f86... | **Custodian:** 0010101 |

### MESSAGE BODY

Dear Michael, Sir.

Would you enlighten us with an answer as per my previous email?

Your response would be greatly appreciated

Thank you Sir.

**VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101**

trim_exA.pdf | 247.6 KB · SHA-256: 7c600ee3f3b783a7...      [VERIFIED]

## EXHIBIT A          1:26-cv-00094-LG-RPM

**Date:** Thu, 25 Jun 2026 17:46:47 +0000     **Msg-ID:** <CHAPR22MB942287481BEF65FEC9...

**From:** Tim Holleman (Tim Holleman (DEFENSE COUNSEL))

**To:** Yuri Petrini (Yuri Petrini (PLAINTIFF)), Michael Whitehead (Michael Whitehead (City Planner - PMP))

**CC:** Jarrod Lewis Fusco , Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Lisa Varnado

**Subject:** RE: Statements about Judge Guirola

**Thread:** 19ef9f43cf876276        **Labels:** IMPORTANT, CATEGORY_PERSO...

**Attach:** image001.png, image002.png

### INTEGRITY & ORIGIN VERIFICATION

**DKIM:** ■ N/A          **SPF:** ■ N/A

**SHA-256:** 92a3df582307598f322a46c2...     **Custodian:** 0010101

### MESSAGE BODY

Mr. Petrini:

Since you included me in your email exchange I will respond. Michael is my client and I advise him to not to respond to you any further. He answered your question: "Your comments are non-sensical, false, and I don't intend to justify your assertions by any other response".

I don't how much clearer he could have been. Your comments are "non-sensical" meaning they make no sense and are "false" meaning they are not true. And finally he doesn't intend to "justify your assertions" by responding further meaning there is no reason to provide any other response.

So have fun and if you file anything I assure you sanctions will be sought against both you and Fusco if he joins with you.

You may attach my email to whatever you intend to file.

Tim C. Holleman
Boyce Holleman & Associates
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, Ms 39501
Office: 228-863-3142<tel:228-863-3142>
Fax: 228-863-9829<tel:228-863-9829>
Cell: 228-297-3142<tel:228-297-3142>
Email: tim@boyceholleman.com<mailto:tim@boyceholleman.com>

Link for Google Review:
https://search.google.com/local/writereview?placeid=ChIJZYvCgdkXnIgRgAzo7awr8zM

EXHIBIT A                              VERIDEX                              DOCUMENT

trim_exA.pdf | 247.6 KB · SHA-256: 7c600ee3f3b783a7...                      [VERIFIED]

From: Yuri Petrini <yuri@megalopolisms.com>
Sent: Thursday, June 25, 2026 12:34 PM
To: Michael Whitehead <Michael.Whitehead@pmp.org>
Cc: Jarrod Lewis Fusco <Milesapartjf@gmail.com>; Zachary Cruthirds
<zcruthirds@curriejohnson.com>; Joseph H. Ros <hros@curriejohnson.com>; Tim Holleman
<tim@boyceholleman.com>; Lisa Varnado <lvarnado@pmp.org>
Subject: Re: Statements about Judge Guirola

Dear Michael, Sir.

Would you enlighten us with an answer as per my previous email?

Your response would be greatly appreciated

Thank you Sir.

VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101

CHAIN OF CUSTODY VERIFIED

VERIDEX PAGE 11 OF 47

| EXHIBIT A | VERIDEX | DOCUMENT |
|---|---|---|
| trim_exA.pdf | 247.6 KB · SHA-256: 7c600ee3f3b783a7... | | [VERIFIED] |

## EXHIBIT A                                    1:26-cv-00094-LG-RPM

| | |
|---|---|
| **Date:** | Thu, 25 Jun 2026 13:02:43 -0500    **Msg-ID:** <CAHJ0YwnfOaWALOt4KMwnLnGFZn... |
| **From:** | Yuri Petrini (Yuri Petrini (PLAINTIFF)) |
| **To:** | Tim Holleman (Tim Holleman (DEFENSE COUNSEL)) |
| **CC:** | Michael Whitehead (Michael Whitehead (City Planner - PMP)), Jarrod Lewis Fusco , Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Lisa Varnado |
| **Subject:** | Re: Statements about Judge Guirola |
| **Thread:** | 19ef9f43cf876276    **Labels:** SENT |
| **Attach:** | image001.png, image002.png |

### INTEGRITY & ORIGIN VERIFICATION

| | |
|---|---|
| **DKIM:** ■ N/A | **SPF:** ■ N/A |
| **SHA-256:** 37462805ab21eabec951328a... | **Custodian:** 0010101 |

### MESSAGE BODY

Dear Board Attorney for the Harrison County, Mr. Tim Holleman, Esq.

It is my privilege to address someone of such standing, and I do appreciate your response to my email

I take notice of your position, and your recommendation to your client not to answer.

But risking being a little insistant, to which, i profesuly apology, I but seek answer to a simple question:

Do your client either (a) being the source or (b) saying that the quote was in total or in final

"In this specific case I'm talking about the statement made at March 31, 2028 at circa 8:25am at the gps location 30.402936, -88.893901, intersection of division and bohn street at lee super market parking lot"

The question is simple: Does your client, Mr. Whitehead, deny being at that time and place, and commenting on an ongoing case, not related to ours, before Hon. Guirola, where he made comments about its ongoing progress? Which he recommend I check the docket?

I believe a simple answer would suffice,

And again, I'm not asking you to comment on the intent or my interpretation of the intent of his comments towards a pro se litigant, to which, I must apology for any shortcomins in my work;

Thank you Mr. Holleman,

1:26-cv-00094-LG-RPM                    Page 14

EXHIBIT A

trim_exA.pdf | 247.6 KB · SHA-256: 7c600ee3f3b783a7...    [VERIFIED]

VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101

1:26-cv-00094-LG-RPM                    Page 15

trim_exA.pdf | 247.6 KB · SHA-256: 7c600ee3f3b783a7...                    [VERIFIED]

## EXHIBIT A                                        1:26-cv-00094-LG-RPM

**Date:** Thu, 25 Jun 2026 18:08:11 +0000        **Msg-ID:** <CHAPR22MB94228727FB53BCD819...

**From:** Tim Holleman (Tim Holleman (DEFENSE COUNSEL))

**To:** Yuri Petrini (Yuri Petrini (PLAINTIFF))

**CC:** Michael Whitehead (Michael Whitehead (City Planner - PMP)), Jarrod Lewis Fusco , Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Lisa Varnado

**Subject:** RE: Statements about Judge Guirola

**Thread:** 19ef9f43cf876276                    **Labels:** IMPORTANT, CATEGORY_PERSO...

**Attach:** image001.png, image002.png

### INTEGRITY & ORIGIN VERIFICATION

**DKIM:** ■ N/A                                    **SPF:** ■ N/A

**SHA-256:** d063011f348d4248b6c0654f...        **Custodian:** 0010101

### MESSAGE BODY

The answer is the same no matter how many times you ask or email.

Tim C. Holleman
Boyce Holleman & Associates
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, Ms 39501
Office: 228-863-3142<tel:228-863-3142>
Fax: 228-863-9829<tel:228-863-9829>
Cell: 228-297-3142<tel:228-297-3142>
Email: tim@boyceholleman.com<mailto:tim@boyceholleman.com>


Link for Google Review:
https://search.google.com/local/writereview?placeid=ChIJZYvCgdkXnIgRgAzo7awr8zM



From: Yuri Petrini <yuri@megalopolisms.com>
Sent: Thursday, June 25, 2026 1:03 PM
To: Tim Holleman <tim@boyceholleman.com>
Cc: Michael Whitehead <Michael.Whitehead@pmp.org>; Jarrod Lewis Fusco
<Milesapartjf@gmail.com>; Zachary Cruthirds <zcruthirds@curriejohnson.com>; Joseph H. Ros
<hros@curriejohnson.com>; Lisa Varnado <lvarnado@pmp.org>
Subject: Re: Statements about Judge Guirola

Dear Board Attorney for the Harrison County, Mr. Tim Holleman, Esq.

1:26-cv-00094-LG-RPM                    Page 16

It is my privilege to address someone of such standing, and I do appreciate your response to my email

I take notice of your position, and your recommendation to your client not to answer.

But risking being a little insistant, to which, i profesuly apology, I but seek answer to a simple question:

Do your client either (a) being the source or (b) saying that the quote was in total or in final

"In this specific case I'm talking about the statement made at March 31, 2028 at circa 8:25am at the gps location 30.402936, -88.893901, intersection of division and bohn street at lee super market parking lot"

The question is simple: Does your client, Mr. Whitehead, deny being at that time and place, and commenting on an ongoing case, not related to ours, before Hon. Guirola, where he made comments about its ongoing progress? Which he recommend I check the docket?

I believe a simple answer would suffice,

And again, I'm not asking you to comment on the intent or my interpretation of the intent of his comments towards a pro se litigant, to which, I must apology for any shortcomins in my work;

Thank you Mr. Holleman,

VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101