trim_exD.pdf | 173.3 KB · SHA-256: 5bbbe2cf747d2f6f...    [VERIFIED]

## EXHIBIT D                                    1:26-cv-00094-LG-RPM

**Date:** Wed, 1 Jul 2026 14:43:13 +0200    **Msg-ID:** <CAHJ0YwmwCwQTU3sVsiQ1VSVKMa...

**From:** Yuri Petrini (Yuri Petrini (PLAINTIFF))

**To:** "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Tim Holleman (Tim Holleman (DEFENSE COUNSEL)), Michael Whitehead (Michael Whitehead (City Planner - PMP)), Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), Jarrod Lewis Fusco , Peter Abide

**Subject:** Notice and opportunity to respond before docketing — timing of public statements concerning Case No. 1:25-cv-00233

**Thread:** 19f1d851e2481207    **Labels:** SENT

**Attach:** leak.jpeg, Order 233.pdf, Judgement 233.pdf

### INTEGRITY & ORIGIN VERIFICATION

**DKIM:** ■ N/A    **SPF:** ■ N/A

**SHA-256:** 757be5322437f5306a6716cc...    **Custodian:** 0010101

### MESSAGE BODY

Mr. Holleman,

Before we place the following before the Court, we are giving you notice and an opportunity to respond.

On June 26, 2026, at approximately 11:00 p.m., Troy Mosher published a post in the "Biloxi Politics Forum" stating that the plaintiffs' cases were "down to 3." As of that time, we are aware of no public docket entry in Case No. 1:25-cv-00233 reflecting any disposition of that case. The order disposing of the case — Document 74 — was not entered until June 30, 2026, four days later. The post thus appears to have stated an outcome before the docket did.

We further understand, on information and belief, that Mr. Mosher has a family member — a niece — employed at the United States District Court. We state this not as an accusation against any court employee, but because it is a fact the Court is entitled to weigh in assessing how a case outcome came to be stated publicly before it was entered.

Separately, in your June 28, 2026 email addressed to two judges' chambers, you characterized the Court's order (ECF 94) as having referred your motion "for an evidentiary hearing." We note that the order, on its face, schedules no hearing. We raise this only as part of the same pattern of characterization, and we acknowledge candidly that we are not presently able to exclude an innocent explanation — including the possibility that a hearing has been or will be set through a docket entry or notice not yet available to us. We do not assert otherwise; we identify the discrepancy and reserve the point.

That same page, and its publishers — Mr. Mosher and the individual identified as Anthony "Parrothead" Oxenholt — have published a series of posts concerning this litigation whose framing tracks positions and

1:26-cv-00094-LG-RPM    Page 5

characterizations advanced in your filings and correspondence foreseeing with terrifying precision that leaves no innocent explanation on the table including the recent post concerning the sanctions motion, which you publicly endorsed by liking it publicly. Through those public displays, and on information and belief, you have an affiliation with these publishers. We have also documented a direct link between Mosher and the defendant Glavan, to whom you also sent sua sponte communications related to his former employer, Gregory.

As the Court is aware, we have already brought before it our concerns regarding the appearance of influence over these proceedings. We do not, in this email, assert a conclusion as to how a non-public outcome came to be stated publicly before it was entered; we are asking you to explain it. On information and belief, the correspondence between these publications and your positions is not coincidental, and we intend to place the sequence — the timing of the June 26 post, the June 30 entry of Document 74, the related posts, and your endorsement of them — before the Court on the docket, together with the other conduct we have documented.

Before we do, if there is information you wish us to consider — as to the source of the June 26 post's statement concerning Case No. 1:25-cv-00233, your relationship to the "Biloxi Politics Forum" and its publishers, or anything else bearing on the foregoing — please respond as soon as possible. If you contend any statement in this email is inaccurate, identify the statement and state the correction with specificity, not just generally as its been the pattern.

Please see the attached example.

This communication is sent in the ordinary course and is not a settlement communication.

Regards,
Mr. Holleman, Before we place the following before the Court, we are giving you notice and an opportunity to respond. On June 26, 2026, at approximately 11:00 p.m., Troy Mosher published a post in the "Biloxi Politics Forum" stating that the plaintiffs' cases were "down to 3." As of that time, we are aware of no public docket entry in Case No. 1:25-cv-00233 reflecting any disposition of that case. The order disposing of the case — Document 74 — was not entered until June 30, 2026, four days later. The post thus appears to have stated an outcome before the docket did. We further understand, on information and belief, that Mr. Mosher has a family member — a niece — employed at the United States District Court. We state this not as an accusation against any court employee, but because it is a fact the Court is entitled to weigh in assessing how a case outcome came to be stated publicly before it was entered. Separately, in your June 28, 2026 email addressed to two judges' chambers, you characterized the Court's order (ECF 94) as having referred your motion "for an evidentiary hearing." We note that the order, on its face, schedules no hearing. We raise this only as part of the same pattern of characterization, and we acknowledge candidly that we are not presently able to exclude an innocent explanation — including the possibility that a hearing has been or will be set through a docket entry or notice not yet available to us. We do not assert otherwise; we identify the discrepancy and reserve the point. That same page, and its publishers — Mr. Mosher and the individual identified as Anthony "Parrothead" Oxenholt — have published a series of posts concerning this litigation whose framing tracks positions and characterizations advanced in your filings and correspondence foreseeing with terrifying precision that leaves no innocent explanation on the table including the recent post concerning the

1:26-cv-00094-LG-RPM                                        Page 6

sanctions motion, which you publicly endorsed by liking it publicly. Through those public displays, and on information and belief, you have an affiliation with these publishers. We have also documented a direct link between Mosher and the defendant Glavan, to whom you also sent sua sponte communications related to his former employer, Gregory. As the Court is aware, we have already brought before it our concerns regarding the appearance of influence over these proceedings. We do not, in this email, assert a conclusion as to how a non-public outcome came to be stated publicly before it was entered; we are asking you to explain it. On information and belief, the correspondence between these publications and your positions is not coincidental, and we intend to place the sequence — the timing of the June 26 post, the June 30 entry of Document 74, the related posts, and your endorsement of them — before the Court on the docket, together with the other conduct we have documented. Before we do, if there is information you wish us to consider — as to the source of the June 26 post's statement concerning Case No. 1:25-cv-00233, your relationship to the "Biloxi Politics Forum" and its publishers, or anything else bearing on the foregoing — please respond as soon as possible. If you contend any statement in this email is inaccurate, identify the statement and state the correction with specificity, not just generally as its been the pattern. Please see the attached example. This communication is sent in the ordinary course and is not a settlement communication. Regards,

VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101

1:26-cv-00094-LG-RPM

Page 7

| EXHIBIT D | VERIDEX | DOCUMENT |
|---|---|---|
| trim_exD.pdf | 173.3 KB · SHA-256: 5bbbe2cf747d2f6f... | | [VERIFIED] |

## EXHIBIT D                                              1:26-cv-00094-LG-RPM

**Date:** Wed, 1 Jul 2026 13:49:31 +0000          **Msg-ID:** <CHAPR22MB942287589572CB9AF8...

**From:** Tim Holleman (Tim Holleman (DEFENSE COUNSEL))

**To:** Yuri Petrini (Yuri Petrini (PLAINTIFF)), "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Michael Whitehead (Michael Whitehead (City Planner - PMP)), Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), Jarrod Lewis Fusco , Peter Abide

**Subject:** RE: Notice and opportunity to respond before docketing — timing of public statements concerning Case No. 1:25-cv-00233

**Thread:** 19f1d851e2481207          **Labels:** UNREAD, IMPORTANT, CATEGO...

**Attach:** image001.png, image002.png

### INTEGRITY & ORIGIN VERIFICATION

| **DKIM:** ■ N/A | **SPF:** ■ N/A |
|---|---|
| **SHA-256:** f3f093d0aa9ac5364167bffa... | **Custodian:** 0010101 |

### MESSAGE BODY

Mr. Petrini,

I am sorry I can't respnd when I don't understand what are saying could you be more specific? Please provide more/clearer details of exactly what you are asserting in each instance.

Tim C. Holleman
Boyce Holleman & Associates
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, Ms 39501
Office: 228-863-3142<tel:228-863-3142>
Fax: 228-863-9829<tel:228-863-9829>
Cell: 228-297-3142<tel:228-297-3142>
Email: tim@boyceholleman.com<mailto:tim@boyceholleman.com>


Link for Google Review:
https://search.google.com/local/writereview?placeid=ChIJZYvCgdkXnIgRgAzo7awr8zM



From: Yuri Petrini <yuri@megalopolisms.com>
Sent: Wednesday, July 1, 2026 7:43 AM
To: Joseph H. Ros <hros@curriejohnson.com>; Tim Holleman <tim@boyceholleman.com>; Michael Whitehead <Michael.Whitehead@pmp.org>; Zachary Cruthirds <zcruthirds@curriejohnson.com>; Jarrod Lewis Fusco <Milesapartjf@gmail.com>; Peter Abide <PAbide@curriejohnson.com>
Subject: Notice and opportunity to respond before docketing — timing of public statements concerning Case No. 1:25-cv-00233

1:26-cv-00094-LG-RPM                    Page 8

trim_exD.pdf | 173.3 KB · SHA-256: 5bbbe2cf747d2f6f...    [VERIFIED]

Mr. Holleman,

Before we place the following before the Court, we are giving you notice and an opportunity to respond.

On June 26, 2026, at approximately 11:00 p.m., Troy Mosher published a post in the "Biloxi Politics Forum" stating that the plaintiffs' cases were "down to 3." As of that time, we are aware of no public docket entry in Case No. 1:25-cv-00233 reflecting any disposition of that case. The order disposing of the case — Document 74 — was not entered until June 30, 2026, four days later. The post thus appears to have stated an outcome before the docket did.

We further understand, on information and belief, that Mr. Mosher has a family member — a niece — employed at the United States District Court. We state this not as an accusation against any court employee, but because it is a fact the Court is entitled to weigh in assessing how a case outcome came to be stated publicly before it was entered.

Separately, in your June 28, 2026 email addressed to two judges' chambers, you characterized the Court's order (ECF 94) as having referred your motion "for an evidentiary hearing." We note that the order, on its face, schedules no hearing. We raise this only as part of the same pattern of characterization, and we acknowledge candidly that we are not presently able to exclude an innocent explanation — including the possibility that a hearing has been or will be set through a docket entry or notice not yet available to us. We do not assert otherwise; we identify the discrepancy and reserve the point.

That same page, and its publishers — Mr. Mosher and the individual identified as Anthony "Parrothead" Oxenholt — have published a series of posts concerning this litigation whose framing tracks positions and characterizations advanced in your filings and correspondence foreseeing with terrifying precision that leaves no innocent explanation on the table including the recent post concerning the sanctions motion, which you publicly endorsed by liking it publicly. Through those public displays, and on information and belief, you have an affiliation with these publishers. We have also documented a direct link between Mosher and the defendant Glavan, to whom you also sent sua sponte communications related to his former employer, Gregory.

As the Court is aware, we have already brought before it our concerns regarding the appearance of influence over these proceedings. We do not, in this email, assert a conclusion as to how a non-public outcome came to be stated publicly before it was entered; we are asking you to explain it. On information and belief, the correspondence between these publications and your positions is not coincidental, and we intend to place the sequence — the timing of the June 26 post, the June 30 entry of Document 74, the related posts, and your endorsement of them — before the Court on the docket, together with the other conduct we have documented.

Before we do, if there is information you wish us to consider — as to the source of the June 26 post's statement concerning Case No. 1:25-cv-00233, your relationship to the "Biloxi Politics Forum" and its publishers, or anything else bearing on the foregoing — please respond as soon as possible. If you contend any statement in this email is inaccurate, identify the statement and state the correction with specificity, not just generally as its been the pattern.

Please see the attached example.

1:26-cv-00094-LG-RPM                    Page 9

**EXHIBIT D**                                        VERIDEX                                        **DOCUMENT**

trim_exD.pdf | 173.3 KB · SHA-256: 5bbbe2cf747d2f6f...                                                    [VERIFIED]

This communication is sent in the ordinary course and is not a settlement communication.

Regards,

Mr. Petrini,    I am sorry I can't respnd when I don't understand what are saying could you be more specific?  Please provide more/clearer details of exactly what you are asserting in each instance.   Tim C. Holleman Boyce Holleman & Associates 1720 23rd Ave./Boyce Holleman Blvd. Gulfport, Ms 39501 Office:  228-863-3142 Fax:     228-863-9829 Cell:     228-297-3142 Email:  tim@boyceholleman.com                  Link for Google Review: https://search.google.com/local/writereview?placeid=ChIJZYvCgdkXnIgRgAzo7awr8zM            From: Yuri Petrini <yuri@megalopolisms.com> Sent: Wednesday, July 1, 2026 7:43 AM To: Joseph H. Ros <hros@curriejohnson.com>; Tim Holleman <tim@boyceholleman.com>; Michael Whitehead <Michael.Whitehead@pmp.org>; Zachary Cruthirds <zcruthirds@curriejohnson.com>; Jarrod Lewis Fusco <Milesapartjf@gmail.com>; Peter Abide <PAbide@curriejohnson.com> Subject: Notice and opportunity to respond before docketing — timing of public statements concerning Case No. 1:25-cv-00233   Mr. Holleman, Before we place the following before the Court, we are giving you notice and an opportunity to respond. On June 26, 2026, at approximately 11:00 p.m., Troy Mosher published a post in the "Biloxi Politics Forum" stating that the plaintiffs' cases were "down to 3." As of that time, we are aware of no public docket entry in Case No. 1:25-cv-00233 reflecting any disposition of that case. The order disposing of the case — Document 74 — was not entered until June 30, 2026, four days later. The post thus appears to have stated an outcome before the docket did. We further understand, on information and belief, that Mr. Mosher has a family member — a niece — employed at the United States District Court. We state this not as an accusation against any court employee, but because it is a fact the Court is entitled to weigh in assessing how a case outcome came to be stated publicly before it was entered. Separately, in your June 28, 2026 email addressed to two judges' chambers, you characterized the Court's order (ECF 94) as having referred your motion "for an evidentiary hearing." We note that the order, on its face, schedules no hearing. We raise this only as part of the same pattern of characterization, and we acknowledge candidly that we are not presently able to exclude an innocent explanation — including the possibility that a hearing has been or will be set through a docket entry or notice not yet available to us. We do not assert otherwise; we identify the discrepancy and reserve the point. That same page, and its publishers — Mr. Mosher and the individual identified as Anthony "Parrothead" Oxenholt — have published a series of posts concerning this litigation whose framing tracks positions and characterizations advanced in your filings and correspondence foreseeing with terrifying precision that leaves no innocent explanation on the table including the recent post concerning the sanctions motion, which you publicly endorsed by liking it publicly. Through those public displays, and on information and belief, you have an affiliation with these publishers. We have also documented a direct link between Mosher and the defendant Glavan, to whom you also sent sua sponte communications related to his former employer, Gregory. As the Court is aware, we have already brought before it our concerns regarding the appearance of influence over these proceedings. We do not, in this email, assert a conclusion as to how a non-public outcome came to be stated publicly before it was entered; we are asking you to explain it. On information and belief, the correspondence between these publications and your positions is not coincidental, and we intend to place the sequence — the timing of the June 26 post, the June 30 entry of Document 74, the related posts, and your endorsement of them — before the Court on the docket, together with the other conduct we have documented. Before we do, if there is information you wish us to consider — as to the source of the June 26 post's statement concerning Case No. 1:25-cv-00233, your relationship to the "Biloxi Politics Forum" and its publishers, or anything else bearing on the foregoing — please respond as soon as possible. If you contend any statement in this email is inaccurate, identify the statement and state the correction with

1:26-cv-00094-LG-RPM                          Page 10

VERIDEX

trim_exD.pdf | 173.3 KB · SHA-256: 5bbbe2cf747d2f6f...

[VERIFIED]

specificity, not just generally as its been the pattern. Please see the attached example. This communication is sent in the ordinary course and is not a settlement communication. Regards,

**VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101**

EXHIBIT D                                    VERIDEX                                    DOCUMENT

trim_exD.pdf | 173.3 KB · SHA-256: 5bbbe2cf747d2f6f...                                    [VERIFIED]

## EXHIBIT D                                                          1:26-cv-00094-LG-RPM

**Date:** Wed, 1 Jul 2026 15:59:45 +0000        **Msg-ID:** <CHAPR22MB942287A8077629FF38...

**From:** Tim Holleman (Tim Holleman (DEFENSE COUNSEL))

**To:** Yuri Petrini (Yuri Petrini (PLAINTIFF)), "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Michael Whitehead (Michael Whitehead (City Planner - PMP)), Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), Jarrod Lewis Fusco , Peter Abide

**Subject:** Re: Notice and opportunity to respond before docketing — timing of public statements concerning Case No. 1:25-cv-00233

**Thread:** 19f1d851e2481207                    **Labels:** UNREAD, IMPORTANT, CATEGO...

**Attach:** image.png

### INTEGRITY & ORIGIN VERIFICATION

| **DKIM:** ■ N/A | **SPF:** ■ N/A |
|---|---|
| **SHA-256:** c38af6ee498561a59dea5602... | **Custodian:** 0010101 |

### MESSAGE BODY

Mr. Petrini,

After reading the email below again I don't need any further explanation so please disregard my earlier email. You have serious issues with truth and are paranoid in my opinion.

As of this moment I am again blocking you from my email account so I do not have to be subjected to your delusions/paranoid. You may file whatever ridiculous "thing" you want. It appears to me that you need to seek mental health treatment as soon as possible because you appear to be suffering from serious mental and delusional issues and may a danger to yourself and others.

From this point forward you may communicate regarding the litigation only through pleadings filed in the United District Court and/or via U.S. Mail.


Tim C. Holleman

Boyce Holleman & Associates

1720 23rd Ave./Boyce Holleman Blvd.

Gulfport, Ms 39501

Office: 228-863-3142<tel:228-863-3142>

Fax: 228-863-9829<tel:228-863-9829>

Cell: 228-297-3142<tel:228-297-3142>

Email: tim@boyceholleman.com<mailto:tim@boyceholleman.com>

1:26-cv-00094-LG-RPM                    Page 12

EXHIBIT D                                          VERIDEX                                    DOCUMENT

trim_exD.pdf | 173.3 KB  ·  SHA-256: 5bbbe2cf747d2f6f...                                      [VERIFIED]

VDX-CONTROLLED  //  CHAIN OF CUSTODY MAINTAINED  //  0010101

1:26-cv-00094-LG-RPM                              Page 13

CHAIN OF CUSTODY VERIFIED                                                                     Page 9/9