trim_exE.pdf | 39.4 KB · SHA-256: 772dcc82bae05292...    [VERIFIED]

## EXHIBIT E    1:26-cv-00094-LG-RPM

**Date:** Wed, 24 Jun 2026 06:52:41 -0400    **Msg-ID:** <CAHJ0Ywm2y_PzsVv1int_-AE_nn...

**From:** Yuri Petrini (PLAINTIFF)

**To:** investigations@ago.ms.gov

**CC:** milesapartjf@gmail.com

**Subject:** Request for Quo Warranto Proceedings — Scott H. Lusk, purporting to act as "Special Judge" of the Biloxi Municipal Court (Cause No. 260301169)

**Thread:** 19ef942c1c79cbaa    **Labels:** SENT

**Attach:** 094_QUO_WARRANTO_DEMAND_AG_LUSK.pdf, 094_QUO_WARRANTO_AG_EXHIBITS.pdf

### INTEGRITY & ORIGIN VERIFICATION

**DKIM:** ■ N/A    **SPF:** ■ N/A

**SHA-256:** 29521dba19d94a9380af44d5...    **Custodian:** 0010101

### MESSAGE BODY

Dear General Fitch:

I respectfully submit the attached request that the Office of the Attorney General institute quo warranto proceedings under Miss. Code Ann. §§ 11-39-1 et seq. concerning Scott H. Lusk, who is purporting to exercise the office of a Biloxi Municipal Court judge in Cause No. 260301169 under an "Order Appointing Special Judge" that, on its face and on the parties' own sworn admissions, did not lawfully confer that office.

The attached letter sets out the basis for the request. A separate compilation (Exhibits A-J) contains the supporting record — the appointment order, the answers of Robert Harenski and Scott Lusk, the relevant Biloxi City Council resolutions, the October 1, 2025 settlement letter, and the operative First Amended Complaint. Because the underlying municipal prosecution is set for trial on July 31, 2026, the matter is time-sensitive.

I am copying Jarrod Fusco, the co-plaintiff in the related federal action, and would gladly provide the complete documentary record at the Office's request.

Respectfully,

Yuri Petrini
Publisher, PeopleVsBiloxi.com
929 Division Street, Biloxi, MS 39530
(305) 504-1323
contact@peoplevsbiloxi.com

**VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101**

1:26-cv-00094-LG-RPM    Page 5

| EXHIBIT E | VERIDEX | DOCUMENT |
|---|---|---|
| trim_exE.pdf \| 39.4 KB · SHA-256: 772dcc82bae05292... | | [VERIFIED] |

## EXHIBIT E                                    1:26-cv-00094-LG-RPM

**Date:** Wed, 24 Jun 2026 11:31:04 -0500          **Msg-ID:** <CAHJ0YwmXifgZ3VVjb-oAMfmP_w...

**From:** Yuri Petrini (Yuri Petrini (PLAINTIFF))

**To:** Zachary Cruthirds (Zachary Cruthirds (DEFENSE COUNSEL)), "Joseph H. Ros" (J. Henry Ros (DEFENSE COUNSEL)), Peter Abide , Jarrod Lewis Fusco

**Subject:** Fwd: Request for Quo Warranto Proceedings — Scott H. Lusk, purporting to act as "Special Judge" of the Biloxi Municipal Court (Cause No. 260301169)

**Thread:** 19ef942c1c79cbaa                    **Labels:** SENT

**Attach:** 094_QUO_WARRANTO_DEMAND_AG_LUSK.pdf, 094_QUO_WARRANTO_AG_EXHIBITS.pdf

### INTEGRITY & ORIGIN VERIFICATION

**DKIM:** ■ N/A                              **SPF:** ■ N/A

**SHA-256:** a7189f78854410c484f88d54...      **Custodian:** 0010101

### MESSAGE BODY

Respected gentlemen at Currie Johnson,

I kindly bring to your attention the following matter reported to the Attorney General

I will have to borrow Mr. Holleman's favorite citation: "*It's self** explanatory*"

This action is necessary due to lack of response from Municipal Court on motion practice on matters of jurisdiction disputes

Advise if your office would represent Lusk in any upcoming state proceedings, and if you would accept service on his behalf.

He demonstrated dissatisfaction with the service he received in the courthouse where he presides.

Furthermore, please be advised that a similar action may be filed against Jerry Creel regarding his multiple titles, and against Mr. Abide, as "Chief of Legal", following the judicial finding at order ecf 157

I intend to allow the OAG office to review the notice for as long as practicable, but due to the trial set for that matter on July 31st, it may happen the following week.

Thank you gentlemen

**VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101**

1:26-cv-00094-LG-RPM                    Page 6