## EXHIBIT F                                        1:26-cv-00094-LG-RPM

| | |
|---|---|
| **Date:** Tue, 30 Sep 2025 14:15:16 -0500 | **Msg-ID:** <CAHJ0YwmRuazS7+6BW=6=LUP42n... |
| **From:** Yuri Petrini (Yuri Petrini (PLAINTIFF)) | |
| **To:** Robert Harenski | |
| **Subject:** Court-Mandated Conference Summary - 09/30/2025 - Agreement Regarding Criminal Proceedings | |
| **Thread:** 1999c0c70332fd43 | **Labels:** SENT |
| **Attach:** None | |

### INTEGRITY & ORIGIN VERIFICATION

| | |
|---|---|
| **DKIM:** ◼ N/A | **SPF:** ◼ N/A |
| **SHA-256:** f46d7764ea51fa0a13d80eaf... | **Custodian:** 0010101 |

### MESSAGE BODY

Subject: Court-Mandated Conference Summary - 09/30/2025 - Agreement Regarding Criminal Proceedings

Dear Mr. Harenski,

Thank you for taking the time to speak with me during the court-mandated conference held on September 30, 2025.

I am writing to confirm our agreement regarding any future criminal proceedings. We agreed that should there be any future criminal charges, they must:

1. Be approved by you as prosecutor
2. Be supported by a probable cause finding by Judge Ready
3. Include due process and an opportunity to cure

In exchange for this agreement, I will dismiss the current claims against you without prejudice, and you will not be included as a defendant in any amended complaint.

Please confirm your agreement with these terms.

Thank you for your cooperation.

Sincerely,
Subject: Court-Mandated Conference Summary - 09/30/2025 - Agreement Regarding Criminal Proceedings Dear Mr. Harenski, Thank you for taking the time to speak with me during the court-mandated conference held on September 30, 2025. I am writing to confirm our agreement regarding any future criminal proceedings. We agreed that should there be any future criminal charges, they must: Be approved by you as prosecutor Be supported by a probable cause finding by Judge Ready Include due process and an opportunity to cure In exchange for this agreement, I will dismiss the current claims against you without prejudice, and you will not be included as a defendant in any amended complaint. Please confirm your agreement with these terms. Thank you for your cooperation. Sincerely,

1:26-cv-00094-LG-RPM                    Page 5

trim_exF.pdf | 37.1 KB · SHA-256: ae4e91f56ec4cd63... [VERIFIED]

VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101

CHAIN OF CUSTODY VERIFIED