| EXHIBIT G | VERIDEX | DOCUMENT |
|---|---|---|
| trim_exG.pdf | 19.5 KB · SHA-256: 21bb4841f166e861... | | [VERIFIED] |

## EXHIBIT G                                                    1:26-cv-00094-LG-RPM

**Date:** Tue, 30 Sep 2025 14:12:43 -0500        **Msg-ID:** <CAHJ0Ywmq_T1TkJh1PGbjgPEeVs...

**From:** Yuri Petrini (Yuri Petrini (PLAINTIFF))

**To:** "Adam Harris (6316)" (Adam Harris (DEFENSE COUNSEL))

**Subject:** Court - Mandated Summary for 09/30/2025 Conference

**Thread:** 1999c09765f0a443                        **Labels:** SENT

**Attach:** None

## INTEGRITY & ORIGIN VERIFICATION

**DKIM:** ■ N/A                                    **SPF:** ■ N/A

**SHA-256:** 2d8860bed89002b286465135...           **Custodian:** 0010101

## MESSAGE BODY

Subject: Court-Mandated Conference Summary - 09/30/2025 - Extension Request
for Lawsuit 254

Dear Adam,

I am writing to summarize the discussions from our court-mandated
conference held on September 30, 2025.

During the conference, I offered to remove Madeline Costelli Pettry as a
defendant without monetary compensation in exchange for her providing a
deposition under oath, it must be conducted within the next 14 days.

To provide you adequate time to confer with your client regarding this
offer, I intend to file a motion to extend the filing deadline for Lawsuit
254 by 14 days.

Please confirm whether you agree to this extension.

I look forward to your response;

Sincerely,
Subject: Court-Mandated Conference Summary - 09/30/2025 - Extension Request for Lawsuit
254 Dear Adam, I am writing to summarize the discussions from our court-mandated
conference held on September 30, 2025. During the conference, I offered to remove
Madeline Costelli Pettry as a defendant without monetary compensation in exchange for her
providing a deposition under oath, it must be conducted within the next 14 days. To
provide you adequate time to confer with your client regarding this offer, I intend to
file a motion to extend the filing deadline for Lawsuit 254 by 14 days. Please confirm
whether you agree to this extension. I look forward to your response; Sincerely,

**VDX-CONTROLLED // CHAIN OF CUSTODY MAINTAINED // 0010101**

1:26-cv-00094-LG-RPM                        Page 5