EXHIBIT H                                    VERIDEX                                    DOCUMENT

6.18.26_Correspondence_1606.pdf | 179.8 KB · SHA-256: ef7b733acfe7fa06...                    [VERIFIED]

# CURRIE JOHNSON
## CURRIE JOHNSON & MYERS, P.A.

ATTORNEYS AT LAW

Zachary Cruthirds
zcruthirds@curriejohnson.com

2355 Pass Road
Biloxi, Mississippi 39531

Telephone: 228-385-1010
Fax: 228-385-1011
www.curriejohnson.com

JACKSON OFFICE:
1044 River Oaks Drive
Jackson, Mississippi 39232
Telephone: 601-969-1010

June 18, 2026

***Via PDF Email Only:*** yuri@megalopolisms.com

Mr. Yuri Petrini
929 Division Street
Biloxi, MS  39530

RE:  1606 Beach Boulevard

Dear Mr. Petrini:

On June 11, 2026, you emailed requesting a "single list of everything that remains to be done for the certificate of occupancy for 1606 Beach Boulevard to issue" and demanding a response on, or before, June 18, 2026. You act as if the issues with 1606 Beach Boulevard are unknown to you, but we have discussed this on numerous occasions.  You are fully aware you performed work subsequent to the City's courtesy inspection in November, rejected the findings from the courtesy inspection, prohibited further entry on threat, continued to work on the deck and stairs, and continued to install the pool without a permit. Additional inspections would be necessary to identify any additional potential issues. Further, no state-licensed engineer has certified that the existing structure, and its appurtenances, comply with the City's ordinances and the International Residential Code.  We have asked for such certification from any engineer, including Mr. Moran and Mr. Seghers, as early as March 2, 2026.

You also seem to forget the City is still in litigation with you regarding this property. Case No. 1:25-cv-00178-LG-RPM may have been dismissed, but you have raised claims regarding this property in Case No. 1:25-cv-00233-LG-RPM; Case No. 1:25-cv-00254-LG-RPM and now Case No. 1:26-cv-00094-LG-RPM.  We do not anticipate sending inspectors to the property given your history of threatening and suing such employees following any interaction with you. So long as these cases are still pending, any inspections need to take place under Court supervision and guidelines.  Further it would appear any inspection would be futile until we receive your engineering certifications as set forth above.

Sincerely,

CURRIE JOHNSON & MYERS, P.A.

*/s/ Zachary Cruthirds*
ZACHARY CRUTHIRDS