**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

YURI PETRINI and
JARROD LEWIS FUSCO,
    **Plaintiffs,**
v.

KENNY GLAVAN, ET AL.,
    **Defendants.**

Civil Action No. 1:26-cv-00094-LG-RPM

## <u>DECLARATION OF JARROD LEWIS FUSCO IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO THE MOTION TO STRIKE EXHIBIT F (DKT #77)</u>

I, Jarrod Lewis Fusco, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Plaintiff in this action, over the age of eighteen, and I make this declaration on personal knowledge. Where I describe events from memory, I do so to the best of my recollection.

2. On the night of June 26, 2026, Mr. Petrini and I spoke by telephone about a post published by Troy Mosher in the "Biloxi Politics Forum" stating that our cases were "down to 3." I personally checked the dockets of our cases that night; no entry reflected any such disposition. At the time, we assumed the post was simply mistaken. The order disposing of Case No. 1:25-cv-00233 — that case's Document 74 — was entered on June 30, 2026, four days after the post.

3. On May 5, 2026, I was held at the Harrison County Adult Detention Center for approximately nine hours without telephone access. During that time, a County representative telephoned my wife concerning payment for an ankle monitor. I never gave consent for that contact or for that arrangement. This event is already recounted in Plaintiffs' Reply. Reply (ECF 70) n.14.

4. On May 5, 2026, a condition was imposed at bond prohibiting contact between Mr. Petrini and me. No written order embodying that condition was ever provided to me.

1

5. I have reviewed this declaration, and it is true and correct to the best of my knowledge and recollection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of July, 2026.

/s/ Jarrod Lewis Fusco
**JARROD LEWIS FUSCO**
*Plaintiff, Pro Se*
435 Cove Dr
Biloxi, MS 39531
Email: milesapartjf@gmail.com

2